**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BHF Chicago Housing Group B LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  2  –  0  5  1  3  2  7  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4 Dunbar Road** | |
| Number   Street | Number   Street |
| | P.O. Box |
| **Palm Beach Gardens   FL   33418** | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | **See attached Exhibit A.** |
| | Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **BHF Chicago Housing Group B LLC**                                    Case number (if known) _____

**7.    Describe debtor's business**          *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes*

____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **BHF Chicago Housing Group B LLC** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes. Debtor **Lindran Properties, LLC (Shoreline)** _____ Relationship **Affiliate** _____

List all cases. If more than 1, attach a separate list.

District **Northern District of Illinois** _____ When **01/31/2020**
MM / DD / YYYY

Case number, if known **20-02834**

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor   **BHF Chicago Housing Group B LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/14/2020___
MM / DD / YYYY

**X** _Andrew Belew_ _____
Signature of authorized representative of debtor

**Andrew Belew**
Printed name

**President, BHF as Manager**
Title

Debtor  **BHF Chicago Housing Group B LLC** _____   Case number (if known) _____

**18.  Signature of attorney**            **X** **/s/ Kevin H. Morse** _____   Date  **06/15/2020** ____
                                          Signature of attorney for debtor                  MM / DD / YYYY

                                          **Kevin H. Morse** _____
                                          Printed name

                                          **Clark Hill PLC** _____
                                          Firm name

                                          **130 E. Randolph St.** _____
                                          Number        Street

                                          _____

                                          **Chicago** _____   **IL**   **60601** _____
                                          City                            State    ZIP Code

                                          **(312) 985-5556** _____   **kmorse@clarkhill.com** _____
                                          Contact phone                    Email address
                                          **06297244** _____         **IL** _____
                                          Bar number                       State

## EXHIBIT A

## LIST OF PROPERTIES

| ADDRESS | PIN(s) |
|---|---|
| 139-141 W Marquette Rd., Chicago, IL 60621 | 20-21-402-013-0000 |
| 1524 E 73rd St., Chicago, IL 60619 | 20-26-215-010-0000 |
| 226-28 E 55th Place, Chicago, IL 60637 | 20-15-103-009-0000 |
| 2666-68 E 78th St., Chicago, IL 60649 | 21-30-323-032-0000 |
| 301-05 E 75th St., Chicago, IL 60619 | 20-27-304-001-0000 |
| 4236-38 S Indiana Ave., Chicago, IL 60653 | 20-03-120-024-0000 |
| 4326-28 S Michigan Ave., Chicago, IL 60653 | 20-03-301-028-1001, 20-03-301-028-1002, 20-03-301-028-1003, 20-03-301-028-1004, 20-03-301-028-1005, 20-03-301-028-1006,20-03-301-028-1007,  20-03-301-028-1008, 20-03-301-028-1009, 20-03-301-028-1010, 20-03-301-028-1011, 20-03-301-028-1012, 20-03-301-028-1013 |
| 435-41 E 71st St., Chicago, IL 60637 | 20-27-201-001-0000 |
| 5116-18 S Indiana Ave., Chicago, IL 60615 | 20-10-302-018-0000 |
| 5119-25 S Prairie Ave., Chicago, IL 60615 | 20-10-305-067-0000, 20-10-305-068-0000 |
| 5154-56 S Indiana Ave., Chicago, IL 60615 | 20-10-302-044-0000 |
| 5226-28 S Michigan Ave., Chicago, IL 60615 | 20-10-301-068-1001, 20-10-301-068-1002, 20-10-301-068-1003, 20-10-301-068-1004, 20-10-301-068-1005, 20-10-301-068-1006, 20-10-301-068-1007, 20-10-301-068-1008 |
| 5600-02 S Michigan Ave., Chicago, IL 60637 | 20-15-108-025-0000 |
| 5700 S Calumet Ave., Chicago, IL 60637 | 20-15-117-042-0000 |
| 5701 S Calumet Ave., Chicago, IL 60637 | 20-15-118-001-0000, 20-15-118-002-0000 |
| 5720-22 S Michigan Ave., Chicago, IL 60637 | 20-15-114-024-0000 |
| 5832-36 S Michigan Ave., Chicago, IL 60637 | 20-15-120-031-0000 |
| 5910-12 S King Dr., Chicago, IL 60637 | 20-15-305-039-0000 |
| 7655-57 S Lowe Ave., Chicago, IL 60620 | 20-28-310-017-0000 |
| 6123-25 S Prairie Ave., Chicago, IL 60637 | 20-15-316-032-0000 |
| 614-22 E 71st St., Chicago, IL 60619 | 20-22-423-042-0000, 20-22-423-057-0000 |
| 6207 -09 S King Dr., Chicago, IL 60637 | 20-15-416-002-0000 |
| 6427-29 S Drexel Ave., Chicago, IL 60637 | 20-23-104-023-0000 |

A-1

| | |
|---|---|
| 6540-42 S Ellis Ave., Chicago, IL 60637 | 20-23-115-031-0000 |
| 6603 S Rhodes Ave., Chicago, IL 60637 | 20-22-227-002-0000, 20-22-227-003-0000 |
| 6605-07 S Kimbark Ave., Chicago, IL 60637 | 20-23-223-048-0000 |
| 6611-13 S Ellis Ave., Chicago, IL 60637 | 20-23-124-032-0000 |
| 6656-58 S Woodlawn Ave., Chicago, IL 60637 | 20-23-127-036-0000 |
| 6820-22 S Cornell Ave., Chicago, IL 60649 | 20-24-308-014-0000 |
| 6857-59 S King Dr., Chicago, IL 60619 | 20-22-408-018-0000; 20-22-408-020-0000; 20-22-408-021-0000 |
| 6901-07 S Prairie Ave., Chicago, IL 60615 | 20-22-316-001-0000 |
| 6948-52 S Oglesby Ave., Chicago, IL 60649 | 20-24-419-014-0000 |
| 7018 S Clyde Ave., Chicago, IL 60649 | 20-24-422-016-0000 |
| 721-29 W 71st St., Chicago, IL 60621 | 20-28-101-001-0000 |
| 7511-19 Yale Ave., Chicago, IL 60620 | 20-28-403-002-0000 |
| 7556-58 S Eggleston Ave., Chicago, IL 6062 | 20-28-305-029-0000 |
| 7600-20 S Stewart Ave., Chicago, IL 60620 & 7632-34 S Stewart Ave., Chicago, IL 60620 | 20-28-313-032-0000, 20-28-313-031-0000; 20-28-313-030-0000 |
| 7640-56 S Stewart Ave., Chicago, IL 60620 | 20-28-313-028-0000 |
| 8030 S Yates Blvd., Chicago, IL 60617 | 20-36-215-036-0000 |
| 8143-45 S Ellis Ave., Chicago, IL 60619 | 20-35-118-013-0000 |
| 8229 S Langley Ave., Chicago, IL 60619 | 20-34-230-009-0000 |
| 8249-51 S Drexel Ave., Chicago, IL 60619 | 20-35-122-013-0000 |
| 1431-33 E 66th Place, Chicago, IL 60637 | 20-23-227-008-0000 |
| 5606-08 S Michigan Ave., Chicago, IL 60637 | 20-15-108-026-0000 |
| 1421 E 67th Place, Chicago, IL 60637 | 20-23-404-024-1001; 20-23-404-024-1002; 20-23-404-024-1003; 20-23-404-024-1004; 20-23-404-024-1005; 20-23-404-024-1006 |

A-2

## WRITTEN CONSENT OF SOLE MEMBER AND
## MANAGER OF BHF CHICAGO HOUSING GROUP B LLC

Pursuant to Illinois law, the undersigned, being the sole member and manager (the "**Manager**") of BHF Chicago Housing Group B LLC, an Illinois limited liability company (the "**Company**") hereby agrees to and adopt the following resolutions by written consent:

WHEREAS, the Manager of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

WHEREAS, as a result of the Company's current financial situation, it appears that it may be necessary to file a reorganization of the Company under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Illinois or such other bankruptcy court in which venue may be proper (the "**Bankruptcy Court**").

IT IS THEREFORE, RESOLVED, that the Manager has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy;

RESOLVED, that the President of the Manager is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Bankruptcy, with a view to the successful administration of such case;

RESOLVED, that the President of the Manager is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the sale of the Company and/or its assets (the "**Sale**"), and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval;

RESOLVED, that the law firm of Clark Hill PLC, and such other law firms as may be employed by the Company with the written approval of the President of the Manager, is hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that the Company with the written approval of the President of the Manager, is hereby authorized to retain and employ a financial advisor and such other professionals as it deems necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that any and all actions taken by the President of the Manager, Manager, or representatives of the Company, for and on behalf of the Company and in the name of the Company, prior to the adoption of these resolutions, including, but not limited to, the negotiation of any documents related to the Sale, are hereby ratified, confirmed, and approved in all respects for all purposes; and

RESOLVED, that in addition to the specific authorizations herein conferred upon the President of the Manager, the President of the Manager is authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in the President of the Manager's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

IN WITNESS WHEREOF, the undersigned Manager of the Company hereby evidences its written consent to the foregoing resolutions effective as of this __12__ day of June 2020.

> **BETTER HOUSING FOUNDATION, INC. AN OHIO NOT-FOR-PROFIT CORPORATION, AS SOLE MEMBER AND MANAGER OF BHF CHICAGO HOUSING GROUP B LLC,**
>
> By: ___*Andrew Belew*_____
>
> Andrew Belew,
> President of Better Housing Foundation, Inc.

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name **BHF Chicago Housing Group B LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

</td></tr>
</table>

☐ Check if this is an amended filing

**Official Form 204**

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UMB Bank, N.A., as Successor Trustee c/o Michael Slade 120 6th Street, Suite 1400 Minneapolis, MN 55402- | | | | 54,920,437.50 | 15,150,000.00 | 39,770,437.50 |
| 2 | City of Chicago P.O. Box 71429 Chicago, IL 60694-1429 | | Various, multiple Collection Notices | | | | $95,233.44 |
| 3 | Latoya Gholar Atty Kryder Law 134 N LaSalle St Ste 1515 Chicago, IL 60602 | | Liability from Alleged Injury | Disputed | | | $50,000.00 |
| 4 | Kryder Law Group 134 N LaSalle St Ste 1515 Chicago, IL 60602 | | Liability from Alleged Injury (Latoya Gholar) | Disputed | | | $50,000.00 |
| 5 | Peoples Gas Midwest: P.O. Box 2087 Kalamazoo, MI 49003-2087 | | Midwest Receivable Solutions (Collection Agency) | | | | $49,110.00 |

Debtor    **BHF Chicago Housing Group B LLC**                                    Case number (if known) _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6    Unique Equity 6411 S Parnell Ave Chicago, IL 60621 | | Property Investment loan | Disputed | | | $26,450.00 |
| 7    City of Chicago Water Dept 121 N LaSalle St. Chicago, IL 60602 | | Water Bill | | | | $25,859.05 |
| 8    Goldman & Grant Law 205 W. Randolph Ste 1100 Chicago, IL 60606 | | Legal services fees | Disputed | | | $25,756.23 |
| 9    Independent Recycling Atty: Stotis and Baird 200 W Jackson Blvd, Ste 1050 Chicago, IL 60606 | | Recycle invoice and Judgement (Atty: Stotis and Ba | | | | $20,992.00 |
| 10    City of Chicago Collector Atty 205 W. Randolph Ste 1100 Chicago, IL 60606 | | Goldman & Grant Law, Collection Notice fees | | | | $17,888.88 |
| 11    Halsted Law Group 520 N Halsted St Ste 201 Chicago, IL 60642 | | Legal fees | | | | $16,293.00 |
| 12    Keefe HVAC 7408 W Archer Ave Summit Argo, IL 60501 | | HVAC services | | | | $14,686.00 |
| 13    Lakeshore Recycling 6132 Oakton St Morton Grove, IL 60053 | | Recycling services | | | | $11,308.86 |

| Debtor | **BHF Chicago Housing Group B LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Wortham Ins 1600 W 7th St. Ft Worth, TX 76102 | | Insurance services | | | | $10,879.00 |
| 15  Lynd Company dba Resynergy 7575 N Loop Ste 10 San Antonio, TX 78249 | | Apt mgt services | | | | $9,950.47 |
| 16  Region Snow 328 W Old Ridge Rd Hobart, IN 46342 | | Snow removal services | | | | $7,774.35 |
| 17  Zepsa Mechanical 500 N Michigan Ave Chicago, IL 60611 | | Mechanical services | | | | $7,713.03 |
| 18  Carpet Concepts 1346 W 79th St. Chicago, IL 60620 | | Carpeting services | | | | $6,173.72 |
| 19  Law Office of Ira Piltz 8170 McCormick Blvd Ste 116 Skokie, IL 60076 | | Legal fees | | | | $5,930.00 |
| 20  ComEd Utility Co. P.O. Box 805379 Chicago, IL 60680-5379 | | Unpd utility bills | | | | $5,558.84 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:                                                          CHAPTER    **11**

**BHF Chicago Housing Group B LLC**


DEBTOR(S)                                                  CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Better Housing Foundation, Inc.<br>4 Dunbar Road<br>Palm Gardens, FL 33418 | | 100% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President, BHF as Manager**_____ of the _____**Limited Liability Company**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:____06/14/2020_____        Signature: _*Andrew Belew*_____

                                                                           ***Andrew Belew***
                                                                           **President, BHF as Manager**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **BHF Chicago Housing Group B LLC**                    CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___06/14/2020_____        Signature   *Andrew Belew*_____
                                                     **Andrew Belew**
                                                     **President, BHF as Manager**


Date _____        Signature   _____

A. Smith
406 W. 77th St.
Unit 112
Chicago, IL 60620


Adam Brown
7632 S. Stewart
Unit 1D
Chicago, IL 60620


Adonnis Platt
5700 S. Calumet Ave.
Unit 2N
Chicago, IL 60637


Akeseiah Felton
5701 S. Calumet Ave.
Unit 1S
Chicago, IL 60637


Alexandria Jackson
6658 S. Woodlawn Ave.
Unit 3
Chicago, IL 60637


All Types Elevators
Atty Sylvestri
70 W Madison St.,  Ste 2020
Chicago, IL 60602


Anita Bates
7632 S. Stewart
Unit 3E
Chicago, IL 60620


Annette Dorsey
327 E. 57th St.
Unit 1
Chicago, IL 60637


Anthony Ward
440 W. 76th Street
Unit 2E
Chicago, IL 60620

Antoinette Dunne
7620 S. Stewart
Unit 206
Chicago, IL 60620


Antonio Rushing
7600 S. Stewart
Unit 103
Chicago, IL 60620


Ashley Williams
359 E. 57th St.
Unit 1E
Chicago, IL 60637


Barbara Drane
440 W. 76th Street
Unit 1E
Chicago, IL 60620


Barbara Moore
141 W. Marquette Rd.
Unit 1
Chicago, IL 60621


Barbara Robinson
7646 S. Stewart Ave.
Unit 104
Chicago, IL 60620


Bertha McKinney
6611 S. Greenwood Ave.
Unit 1
Chicago, IL 60637


Brenda Brown
618 E. 71st. Street
Unit 2D
Chicago, IL 60619


Brian Kendrick
8229 Langley
Unit 3
Chicago, IL 60619

```
Britney Cribbs
444 W. 76th Street
Unit 1
Chicago, IL 60620


Bryant and Davalle PC
1210 W Northwest Hwy
Palatine, IL 60067



Calvin Harris
439 E. 71st.
Unit 2
Chicago, IL 60619


Carpet Concepts
1346 W 79th St.
Chicago, IL 60620



Chastity Brown
8229 Langley
Unit 2
Chicago, IL 60619


Chetiqua Bell
7600 S. Stewart
Unit 308
Chicago, IL 60620


Chicago Anti Eviction Campaign
616 E. 71st Street
Chicago, IL 60619



Chicago Neighborhood Resources, LLC
c/o P. Curtis Bettiker
2870 N Elston Street
Chicago, IL 60618


Christine McNabb
7620 S. Stewart
Unit 304
Chicago, IL 60620
```

```
City of Chicago
P.O. Box 71429
Chicago, IL 60694-1429


City of Chicago
Atty Megan McGillivary
29 E Madison St Ste 950
Chicago, IL 60602


City of Chicago - Legal Department
c/o Greg Janes
30 N. LaSalle Street, Suite 700
Chicago, IL 60602-2503


City of Chicago - Water Department
121 N. LaSalle Street, Room 107A
Chicago, IL 60602-1232


City of Chicago Collector Atty
205 W. Randolph Ste 1100
Chicago, IL 60606


City of Chicago Water Dept
121 N LaSalle St.
Chicago, IL 60602


ComEd Utility Co.
P.O. Box 805379
Chicago, IL 60680-5379


Community Initiatives, Inc.
222 S. Riverside Plaza, Suite 380
Chicago, IL 60606-7801


Cook County Treasurer's Office
118 N. Clark Street, Room 112
Chicago, IL 60602-1590
```

CR Realty Advisors, LLC
325 W. Huron Street, Suite 708
Chicago, IL 60654


Crystal Denise
6429 S. Drexel Ave.
Unit 3S
Chicago, IL 60637


Curtis Robinson
7640 S. Stewart
Unit 7648
Chicago, IL 60620


Cynthia Arnaldy
8030 S. Yates Blvd.
Unit 2E
Chicago, IL 60617


Cynthia Maclin
5116 S. Indiana Ave.
Unit 2R
Chicago, IL 60615


Daniel Archer
7644 S. Stewart Ave.
Unit 302
Chicago, IL 60620


Darnel Tabor
7640 S. Stewart
Unit 408
Chicago, IL 60620


Darrell Robinson
1522 E. 73rd St.
Unit 2W
Chicago, IL 60619


Darren Anderson
7648 S. Stewart Ave.
Unit 106
Chicago, IL 60620

Darryl Butler
5118 S. Indiana Ave.
Unit GF
Chicago, IL 60615

David Francher
723 W. 71st. St.
Unit 1
Chicago, IL 60621

Dawgs Door
7600 S. Stewart
Unit 108
Chicago, IL 60620

Dawgs Door
7600 S. Stewart
Unit 204
Chicago, IL 60620

Dawgs Door
7600 S. Stewart
Unit 207
Chicago, IL 60620

Dawgs Door
7600 S. Stewart
Unit 304
Chicago, IL 60620

Dawn Scott
325 E. 57th St.
Unit 3
Chicago, IL 60637

Debra Thomas
5228 S. Michigan Ave.
Unit 2S
Chicago, IL 60615

Dejoie Williams
618 E. 71st. Street
Unit 2B
Chicago, IL 60619

Demetrius Torry
5700 S. Calumet Ave.
Unit 3N
Chicago, IL 60637


Demitrice Johnson
5910 S. Martin Luther King Dr.
Unit 2N
Chicago, IL 60637


Department of Treasury - IRS
PO Box 7346
Philadelphia, PA 19101-7346


Diona Garcia
353 E. 57th St.
Unit 3W
Chicago, IL 60637


Donna Crumpler
5119 S. Prairie
Unit 1
Chicago, IL 60615


Donna Thomas
5118 S. Indiana Ave.
Unit 2R
Chicago, IL 60615


Dora Richardson
8030 S. Yates Blvd.
Unit 1W
Chicago, IL 60617


Eddie Burton
614 E. 71st Street
Unit 3B
Chicago, IL 60619


Edward Williams
444 W. 76th Street
Unit 3
Chicago, IL 60620

Elenzia Booker
614 E. 71st Street
Unit 2D
Chicago, IL 60619


Ericka Moore
5226 S. Michigan Ave.
Unit 2N
Chicago, IL 60615


Eugene Posey
6427 S. Drexel Ave.
Unit 1N
Chicago, IL 60637


FMV RL II, LLC
160 N. Wacker Drive, 4th Floor
Chicago, IL 60606


Frazier Love
1524 E. 73rd St.
Unit 2E
Chicago, IL 60619


Gail Brown
8030 S. Yates Blvd.
Unit 2W
Chicago, IL 60617


Gertrude Benton
5123 S. Prairie
Unit 1
Chicago, IL 60615


Goldman & Grant Law
205 W. Randolph Ste 1100
Chicago, IL 60606


Gregory Gill
7657 S. Lowe Ave.
Unit 3
Chicago, IL 60620

```
Gregory Morton
437 E. 71st.
Unit 2
Chicago, IL 60619


Halsted Law Group
520 N Halsted St Ste 201
Chicago, IL 60642



Harold Russell
1156 E. 67th St.
Unit 1
Chicago, IL 60637


HD Supply
1940 W Oak Circle
Marietta, GA 30062



Illinois Dept of Employment Security
PO Box 4385
Chicago, IL 60680-4385



Illinois Finance Authority
Attn: Elisabeth Weber
160 N. LaSalle Street
Suite S-1000
Chicago, IL 60601-3124

Illnois Dept of Revenue - BK Unit
PO Box 19035
Springfield, IL 62794-9035



Independent Recycling
Atty: Stotis and Baird
200 W Jackson Blvd, Ste 1050
Chicago, IL 60606


Internal Revenue Service
230 S. Dearborn Street
Room 2600
Chicago, IL 60604-1705
```

Jack Boyd
614 E. 71st Street
Unit 3D
Chicago, IL 60619


Jackie Bradley
5700 S. Calumet Ave.
Unit 1N
Chicago, IL 60637


Jacqueline Dlouhy
7600 S. Stewart
Unit 205
Chicago, IL 60620


Janie Wilkie
6950 S. Oglesby Ave.
Unit 1
Chicago, IL 60649


Jenine Tolefree
359 E. 57th St.
Unit 2E
Chicago, IL 60637


Jessica Scott
353 E. 57th St.
Unit 3E
Chicago, IL 60637


Joann Davis
435 E. 71st.
Unit 2
Chicago, IL 60619


Julius Verge
5116 S. Indiana Ave.
Unit 3R
Chicago, IL 60615


Kathy Conwell
329 E. 57th St.
Unit 1
Chicago, IL 60637

Keefe HVAC
7408 W Archer Ave
Summit Argo, IL 60501


Kennathia Mason
7620 S. Stewart
Unit 306
Chicago, IL 60620


Kenyatta McBride
5701 S. Calumet Ave.
Unit 3S
Chicago, IL 60637


Kinyarda Stith
5701 S. Calumet Ave.
Unit 1N
Chicago, IL 60637


Kryder Law Group
134 N LaSalle St Ste 1515
Chicago, IL 60602


LaDonna Moore
8229 Langley
Unit 1
Chicago, IL 60619


Lakeshore Recycling
6132 Oakton St
Morton Grove, IL 60053


Lashaun Clayton
353 E. 57th St.
Unit 1W
Chicago, IL 60637


Lashun Grant
442 W. 76th Street
Unit 2E
Chicago, IL 60620

Latifah Neeley
6605 S. Kimbark Ave.
Unit 2N
Chicago, IL 60637


Latoya Gholar
Atty Kryder Law
134 N LaSalle St Ste 1515
Chicago, IL 60602


Latrina Slue
5119 S. Prairie
Unit 2
Chicago, IL 60615


Law Office of Ira Piltz
8170 McCormick Blvd Ste 116
Skokie, IL 60076


Leon Pitts
1522 E. 73rd St.
Unit 1W
Chicago, IL 60619


Lewis Major
442 W. 76th Street
Unit 3E
Chicago, IL 60620


Lillie Smith
7648 S. Stewart Ave.
Unit G5
Chicago, IL 60620


Linda Robinson
6658 S. Woodlawn Ave.
Unit 2
Chicago, IL 60637


Lopacka Magic
4328 S. Michigan Ave.
Unit GS
Chicago, IL 60653

Lynd Company dba Resynergy
7575 N Loop Ste 10
San Antonio, TX 78249

Malik Harvey
5116 S. Indiana Ave.
Unit 3F
Chicago, IL 60615

Marie Jackson
1152 E. 67th St.
Unit 1
Chicago, IL 60637

Marilyn Obanner
1154 E. 67th St.
Unit 3
Chicago, IL 60637

Mark Wilson
5701 S. Calumet Ave.
Unit 2S
Chicago, IL 60637

Martha Hawthorne
7650 S. Stewart Ave.
Unit 208
Chicago, IL 60620

Mary Swarn
5700 S. Calumet Ave.
Unit 2S
Chicago, IL 60637

Maurice Johnson
440 W. 76th Street
Unit 3E
Chicago, IL 60620

Maya Harrold
5701 S. Calumet Ave.
Unit 3N
Chicago, IL 60637

Miashell Moon
727 W. 71st. St.
Unit 1
Chicago, IL 60621


Michael Jennings
7620 S. Stewart
Unit 307
Chicago, IL 60620


Michael Jones
7640 S. Stewart
Unit 7646
Chicago, IL 60620


Michelle Plair
4328 S. Michigan Ave.
Unit 1S
Chicago, IL 60653


Michelle Rea
4326 S. Michigan Ave.
Unit 2N
Chicago, IL 60653


Mickeeta Starks
6607 S. Kimbark Ave.
Unit 2S
Chicago, IL 60637


Mona Amos
7654 S. Stewart Ave.
Unit 309
Chicago, IL 60620


Monique Bohanon
5700 S. Calumet Ave.
Unit 1S
Chicago, IL 60637


Mrs. Smith
7640 S. Stewart
Unit 7648
Chicago, IL 60620

Muhammad Lakish
6952 S. Oglesby Ave.
Unit 3
Chicago, IL 60649


Murl Williams
8251 S. Drexel Ave.
Unit 3S
Chicago, IL 60619


Myrtis Hudson
7600 S. Stewart
Unit 101
Chicago, IL 60620


Nautilus Insurance Group
7233 E Butherus Dr.
Scottsdale, AZ 85260


Newline Holdings, LLC
c/o Law Offices of Heather Ottenfeld, PC
19 S. LaSalle Street, Suite 602
Chicago, IL 60603


Occupant
7640 S. Stewart
Unit 404
Chicago, IL 60620


Occupant
7640 S. Stewart
Unit 406
Chicago, IL 60620


Occupant
7640 S. Stewart
Unit 7640
Chicago, IL 60620


Occupant
7600 S. Stewart
Unit 301
Chicago, IL 60620

```
Occupant
7600 S. Stewart
Unit 303
Chicago, IL 60620


Occupant
7600 S. Stewart
Unit 305
Chicago, IL 60620


Occupant
614 E. 71st Street
Unit 3C
Chicago, IL 60619


Paper Street Realty LLC
1641 Carroll Ave., Suite 201
Chicago, IL 60612-2506



Paris Cleaners
Attn: Mr. and Mrs. Walls
7501 S. Prairie
Chicago, IL 60619


Patricia Shines
406 W. 77th St.
Unit G12
Chicago, IL 60620


Peoples Gas
Midwest: P.O. Box 2087
Kalamazoo, MI 49003-2087



Pugh Jones Johnson & Quandt, P.C.
180 N LaSalle Blvd #3400
Chicago, IL 60601



Randy Coleman
359 E. 57th St.
Unit 3W
Chicago, IL 60637
```

Raquel Smith
406 W. 77th St.
Unit 212
Chicago, IL 60620


Raquel Smith
7640 S. Stewart
Unit 406
Chicago, IL 60620


Reed Bonita
6822 S. Cornell Ave.
Unit 3S
Chicago, IL 60649


Region Snow
328 W Old Ridge Rd
Hobart, IN 46342


Renaldo Smedley
6611 S. Greenwood Ave.
Unit 3
Chicago, IL 60637


Renewed Hope Clinic
618 E. 71st. Street
Chicago, IL 60619


Robert Hollins
8030 S. Yates Blvd.
Unit 1E
Chicago, IL 60617


Rodney Young
6656 S. Woodlawn Ave.
Unit 2
Chicago, IL 60637


Ronald Stanford
618 E. 71st. Street
Unit 2D
Chicago, IL 60619

Roy Malava
408 W. 77th St.
Unit 313
Chicago, IL 60620


Roy Malaya
7640 S. Stewart
Unit 408
Chicago, IL 60620


Samantha Dancy
1154 E. 67th St.
Unit 1
Chicago, IL 60637


Schmidt Salzman & Moran, Ltd.
111 W Washington St #1300
Chicago, IL 60602


Sheila Smith
7640 S. Stewart
Unit 406
Chicago, IL 60620


Shermaine Brown
5125 S. Prairie
Unit 1
Chicago, IL 60615


Sherri Sanner
7632 S. Stewart
Unit 3A
Chicago, IL 60620


Shirley Hollomon
359 E. 57th St.
Unit 3E
Chicago, IL 60637


Stephanie Owens
6948 S. Oglesby Ave.
Unit 3
Chicago, IL 60649

Tameka Lester
6429 S. Drexel Ave.
Unit 2S
Chicago, IL 60637


Tasha Jones
1152 E. 67th St.
Unit 2
Chicago, IL 60637


Teresea Keller
5116 S. Indiana Ave.
Unit 2F
Chicago, IL 60615


Theron Jackson
614 E. 71st Street
Unit 2A
Chicago, IL 60619


Tocarra Pettus
5701 S. Calumet Ave.
Unit 2N
Chicago, IL 60637


Tonisha Fisher
7600 S. Stewart
Unit 102
Chicago, IL 60620


Torrance Richardson
721 W. 71st. St.
Unit 3
Chicago, IL 60621


Transforming Lives Christian Center
614 E. 71st Street
Chicago, IL 60619


UMB Bank, N.A., as Successor Trustee
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807

Unique Equity
6411 S Parnell Ave
Chicago, IL 60621


US Environ. Protection Agency
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604


US Securities & Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908


Vondia Edwards
141 W. Marquette Rd.
Unit 3
Chicago, IL 60621


Willett Robinson
6609 S. Greenwood Ave.
Unit 3
Chicago, IL 60637


William Burns
614 E. 71st Street
Unit 2C
Chicago, IL 60619


Wortham Ins
1600 W 7th St.
Ft Worth, TX 76102


Yakinia Johnson
359 E. 57th St.
Unit 1W
Chicago, IL 60637


Yandi Youngblood
6656 S. Woodlawn Ave.
Unit 1
Chicago, IL 60637

```
Yvette Dangerfield
353 E. 57th St.
Unit 1E
Chicago, IL 60637


Zepsa Mechanical
500 N Michigan Ave
Chicago, IL 60611
```