**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BHF CHICAGO HOUSING GROUP B LLC (ICARUS) | ) ) | Case No. 20 - 12453 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the following documents:

- Declaration of Andrew Belew in Support of Chapter 11 Case [Docket No. 4]

- Notice of Motion and Motion to Excuse Court-Appointed Receiver's Compliance with 11 U.S.C. §§ 543(a)-(c) [Docket No. 5]

- Notice of Motion and Motion to Extend Time to File Schedules and Statement of Financial Affairs [Docket No. 6]

- Notice of Motion and Motion to File Brief in Excess of Fifteen (15) Pages [Docket No. 8]

- Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - All Parcels of Real Property Owned by the Debtor Together with all Improvements Thereon [Docket No. 9]

to be served on the parties listed on the attached service list via U.S. Mail, postage prepaid, on June 16, 2020.

Dated: June 16, 2020                    By: /s/ *Kevin H. Morse*

## SERVICE LIST

| | |
|---|---|
| BHF Chicago Housing Group B LLC (Icarus)<br>4 Dunbar Road<br>Palm Beach Gardens, Florida 33418-6816 | All Types Elevators, Inc.<br>c/o Laurie Silvestri, Esq.<br>70 West Madison Street \| Suite 2020<br>Chicago, Illinois 60602-4241 |
| Goldman & Grant Law<br>205 W. Randolph, Suite 1100<br>Chicago, Illinois 60606 | CII, as Receiver for the Property<br>c/o Megan McGillivary<br>29 East Madison Street \| Suite 950<br>Chicago, Illinois 60602-4535 |
| Carpet Concepts Company<br>1346 West 79th Street<br>Chicago, Illinois 60620-3714 | City of Chicago<br>Attention: Legal Department<br>121 North LaSalle Street \| Suite 600<br>Chicago, Illinois 60602-1244 |
| City of Chicago – Legal Department<br>Attention: Greg Janes, Building & License<br>30 North LaSalle Street \| Suite 700<br>Chicago, Illinois 60602-2503 | City of Chicago<br>Attention: Water Department<br>121 North LaSalle Street \| Room 107A<br>Chicago, Illinois 60602-1232 |
| Cook County Treasurer's Office<br>118 N. Clark Street, Room 112<br>Chicago, Illinois 60602 | Cook County Treasurer<br>PO Box 805438<br>Chicago, IL 60680-4166 |
| Community Initiatives, Inc., Receiver<br>222 South Riverside Plaza \| #380<br>Chicago, Illinois 60606-7801 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Zepsa Mechanical<br>500 N. Michigan Ave.<br>Chicago, Illinois 60611 | Halsted Law Group LLC<br>520 North Halsted Street \| Apt. 201<br>Chicago, Illinois 60642-7566 |
| Illinois Department of Employment Security<br>Benefit Payment Control Division<br>P.O. Box 4385<br>Chicago, Illinois 60680-4385 | ILLINOIS DEPARTMENT OF REVENUE<br>Attention: Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 |
| Illinois Finance Authority – Legal<br>Attention: Elizabeth Weber<br>160 North LaSalle Street \| Suite S-1000<br>Chicago, Illinois 60601-3124 | Independent Recycling Services, Inc.<br>2401 South Laflin Street<br>Chicago, Illinois 60608-5005 |

223103593.2
98306\397691\224004924.v1

Lakeshore Recycling Systems LLC
6132 Oakton Street
Morton Grove, Illinois 60053-2718

Michael Keefe dba Keefe HVAC
7408 West Archer Avenue
Summit Argo, Illinois 60501-1218

Kryder Law Group
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

Paper Street Realty, LLC
1641 Carrol Avenue | Suite 201
Chicago, Illinois 60612-2506

Region Snow Removal LLC
328 West Old Ridge Road
Hobart, Indiana 46342-4242

The Lynd Company
4001 Pond Hill Road
San Antonio, Texas 78231-1291

UMB Bank N.A.
c/o James Kapp III
McDermott Will & Emery LLP
444 West Lake Street | Suite 4000
Chicago, Illinois 60606-0029

Unique Equity Property Investments LLC
6411 South Parnell Avenue
Chicago, Illinois 60621-2719

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street | Room 873
Chicago, Illinois 60604-2027

HD Supply
1940 W Oak Circle
Marietta, GA 30062

Law Offices of Ira Piltz Ltd.
8170 McCormick Boulevard | Suite 116
Skokie, Illinois 60076-2914

Latoya Gholar
Attn: Kryder Law
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

ComEd Utility Co.
PO Box 805379
Chicago, Illinois 60680-5379

Peoples Gas
200 East Randolph Street
Chicago, Illinois 60601-6302

Resynergy Bill LLC
7575 North Loop 1604 West | Suite 10
San Antonio, Texas 78249-2968

UMB Bank N.A.
c/o Michael Slade, Indenture Trustee
120 6th Street | Suite 1400
Minneapolis, Minnesota 55402-1807

US Securities & Exchange Commission
175 West Jackson Boulevard | Suite 900
Chicago, Illinois 60604-2908

Wortham Insurance & Risk Management
1600 West 7th Street
Fort Worth, Texas 76102-2596

J

3

223103593.2
98306\397691\224004924.v1

Saybrook Fund Advisors, LLC
c/o David K. Welch
Burke, Warren, Mackay & Serritella, P.C.
330 N. Wabash, Suite 2100
Chicago, Illinois 60611

Adam B. Rome
c/o CNR Advisors, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606

Edward Lott
c/o Greg Janes, Building & License
30 North LaSalle Street | Suite 700
Chicago, Illinois 60602-2503

Jon Schotz
Saybrook Fund Advisors, LLC
501 Santa Monica Blvd, Suite 607
Santa Monica, California 90402

P. Curtis Bettiker
CNR Advisors, LLC
2870 N Elston
Chicago, IL 60618

4