# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BHF CHICAGO HOUSING GROUP B, LLC (ICARUS) | ) Case No. 20-12453 |
| | ) |
| | ) Hon. Jack B. Schmetterer |
| Debtor. | ) |
| | ) |

**SUPPLEMENTAL DECLARATION OF SARAH BAKER PURSUANT TO BANKRUPTCY RULES 2014 AND 2016 IN SUPPORT OF THE APPLICATION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF HILCO REAL ESTATE, LLC AS ITS REAL ESTATE BROKER**

I, Sarah Baker, hereby declare:

1. I am Vice President and Assistant General Counsel for Hilco Trading, LLC, the managing member of Hilco Real Estate, LLC ("Hilco"), located at 5 Revere Drive, Suite 206 Northbrook, IL 60062.

2. I respectfully submit this Supplemental Declaration in connection with and to supplement the application of the above-captioned debtor and debtor in possession (the "Debtor") to retain and employ Hilco and the members and employees of thereof as its real estate broker [Docket No. 39].

3. I have personal knowledge of the matters set forth herein. If called upon to testify, I could testify competently to the facts contained herein.

4. In the ordinary course of its business, Hilco and its affiliates maintain a database for purposes of performing "conflicts checks." The database contains information regarding its present and past representations and transactions. I obtained a list of certain of the Debtor's creditors and other parties in interest in the above-captioned case from Debtor's counsel for

1

purposes of searching the aforementioned database and determining the connection(s) which Hilco or its affiliates has with such entities.

5. Hilco searched the aforementioned database for the parties in interest identified on the attached **Exhibit 1**.

6. To the best of my knowledge, none of the employees of Hilco are related to any judge of the United States Bankruptcy Court of the Northern District of Illinois.

7. To the best of my knowledge, except as set forth herein, Hilco does not hold or represent any interest adverse to the Debtor within the meaning of section 327(a) of the title 11, United States Code (the "Bankruptcy Code").

8. To the best of my knowledge, Hilco is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code. To the best of my knowledge:

    (a) Hilco is not a creditor, an equity security holder, or an insider of the Debtor.

    (b) Hilco is not and was not, within 2 years before the Petition Date, a director, officer, or employee of the Debtor.

    (c) Hilco does not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason

9. To the best of my knowledge, Hilco does not have any connection with the Debtor, its creditors, the United States trustee, any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys or accountants, within the meaning of Fed. R. Bankr. P. 2014(a). Attached hereto as **Exhibit 2** is a list of Hilco's connections to any creditors or parties-in-interest. I will supplement this Supplemental Declaration if I become aware of any additional connections.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 9, 2020

_____
SARAH BAKER

ClarkHill\98306\397691\260092091.v1-7/3/20

260156353.v1

# Exhibit 1

```
A. Smith                        Antonio Rushing                 Calvin Harris
406 W. 77th St.                 7600 S. Stewart                 439 E. 71st.
Unit 112                        Unit 103                        Unit 2
Chicago, IL 60620               Chicago, IL 60620               Chicago, IL 60619


Adam Brown                      Ashley Williams                 Carpet Concepts
7632 S. Stewart                 359 E. 57th St.                 1346 W 79th St.
Unit 1D                         Unit 1E                         Chicago, IL 60620
Chicago, IL 60620               Chicago, IL 60637


Adonnis Platt                   Barbara Drane                   Chastity Brown
5700 S. Calumet Ave.            440 W. 76th Street              8229 Langley
Unit 2N                         Unit 1E                         Unit 2
Chicago, IL 60637               Chicago, IL 60620               Chicago, IL 60619


Akeseiah Felton                 Barbara Moore                   Chetiqua Bell
5701 S. Calumet Ave.            141 W. Marquette Rd.            7600 S. Stewart
Unit 1S                         Unit 1                          Unit 308
Chicago, IL 60637               Chicago, IL 60621               Chicago, IL 60620


Alexandria Jackson              Barbara Robinson                Chicago Anti Eviction Campaign
6658 S. Woodlawn Ave.           7646 S. Stewart Ave.            616 E. 71st Street
Unit 3                          Unit 104                        Chicago, IL 60619
Chicago, IL 60637               Chicago, IL 60620


All Types Elevators             Bertha McKinney                 Chicago Neighborhood Resources,
Atty Sylvestri                  6611 S. Greenwood Ave.          c/o P. Curtis Bettiker
70 W Madison St., Ste 2020      Unit 1                          2870 N Elston Street
Chicago, IL 60602               Chicago, IL 60637               Chicago, IL 60618


Anita Bates                     Brenda Brown                    Christine McNabb
7632 S. Stewart                 618 E. 71st. Street             7620 S. Stewart
Unit 3E                         Unit 2D                         Unit 304
Chicago, IL 60620               Chicago, IL 60619               Chicago, IL 60620


Annette Dorsey                  Brian Kendrick                  City of Chicago
327 E. 57th St.                 8229 Langley                    P.O. Box 71429
Unit 1                          Unit 3                          Chicago, IL 60694-1429
Chicago, IL 60637               Chicago, IL 60619


Anthony Ward                    Britney Cribbs                  City of Chicago
440 W. 76th Street              444 W. 76th Street              Atty Megan McGillivary
Unit 2E                         Unit 1                          29 E Madison St Ste 950
Chicago, IL 60620               Chicago, IL 60620               Chicago, IL 60602


Antoinette Dunne                Bryant and Davalle PC           City of Chicago - Legal Departm
7620 S. Stewart                 1210 W Northwest Hwy            c/o Greg Janes
Unit 206                        Palatine, IL 60067              30 N. LaSalle Street, Suite 700
Chicago, IL 60620                                               Chicago, IL 60602-2503
```

Debtor(s): BHF Chicago Housing Group B LLC   Case No:
Case 20-12453    Doc 44    Filed 07/10/20    Entered 07/10/20 10:24:29    Desc Main
                              Chapter 11
                              Document      Page 6 of 13
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | | |
|---|---|---|
| City of Chicago - Water Departm<br>121 N. LaSalle Street, Room 107.<br>Chicago, IL 60602-1232 | Cynthia Maclin<br>5116 S. Indiana Ave.<br>Unit 2R<br>Chicago, IL 60615 | Dawgs Door<br>7600 S. Stewart<br>Unit 304<br>Chicago, IL 60620 |
| City of Chicago Collector Atty<br>205 W. Randolph Ste 1100<br>Chicago, IL 60606 | Daniel Archer<br>7644 S. Stewart Ave.<br>Unit 302<br>Chicago, IL 60620 | Dawn Scott<br>325 E. 57th St.<br>Unit 3<br>Chicago, IL 60637 |
| City of Chicago Water Dept<br>121 N LaSalle St.<br>Chicago, IL 60602 | Darnel Tabor<br>7640 S. Stewart<br>Unit 408<br>Chicago, IL 60620 | Debra Thomas<br>5228 S. Michigan Ave.<br>Unit 2S<br>Chicago, IL 60615 |
| ComEd Utility Co.<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Darrell Robinson<br>1522 E. 73rd St.<br>Unit 2W<br>Chicago, IL 60619 | Dejoie Williams<br>618 E. 71st. Street<br>Unit 2B<br>Chicago, IL 60619 |
| Community Initiatives, Inc.<br>222 S. Riverside Plaza, Suite 3<br>Chicago, IL 60606-7801 | Darren Anderson<br>7648 S. Stewart Ave.<br>Unit 106<br>Chicago, IL 60620 | Demetrius Torry<br>5700 S. Calumet Ave.<br>Unit 3N<br>Chicago, IL 60637 |
| Cook County Treasurer's Office<br>118 N. Clark Street, Room 112<br>Chicago, IL 60602-1590 | Darryl Butler<br>5118 S. Indiana Ave.<br>Unit GF<br>Chicago, IL 60615 | Demitrice Johnson<br>5910 S. Martin Luther King Dr.<br>Unit 2N<br>Chicago, IL 60637 |
| CR Realty Advisors, LLC<br>325 W. Huron Street, Suite 708<br>Chicago, IL 60654 | David Francher<br>723 W. 71st. St.<br>Unit 1<br>Chicago, IL 60621 | Department of Treasury - IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Crystal Denise<br>6429 S. Drexel Ave.<br>Unit 3S<br>Chicago, IL 60637 | Dawgs Door<br>7600 S. Stewart<br>Unit 108<br>Chicago, IL 60620 | Diona Garcia<br>353 E. 57th St.<br>Unit 3W<br>Chicago, IL 60637 |
| Curtis Robinson<br>7640 S. Stewart<br>Unit 7648<br>Chicago, IL 60620 | Dawgs Door<br>7600 S. Stewart<br>Unit 204<br>Chicago, IL 60620 | Donna Crumpler<br>5119 S. Prairie<br>Unit 1<br>Chicago, IL 60615 |
| Cynthia Arnaldy<br>8030 S. Yates Blvd.<br>Unit 2E<br>Chicago, IL 60617 | Dawgs Door<br>7600 S. Stewart<br>Unit 207<br>Chicago, IL 60620 | Donna Thomas<br>5118 S. Indiana Ave.<br>Unit 2R<br>Chicago, IL 60615 |

| | | |
|---|---|---|
| Dora Richardson<br>8030 S. Yates Blvd.<br>Unit 1W<br>Chicago, IL 60617 | Goldman & Grant Law<br>205 W. Randolph Ste 1100<br>Chicago, IL 60606 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600<br>Chicago, IL 60604-1705 |
| Eddie Burton<br>614 E. 71st Street<br>Unit 3B<br>Chicago, IL 60619 | Gregory Gill<br>7657 S. Lowe Ave.<br>Unit 3<br>Chicago, IL 60620 | Jack Boyd<br>614 E. 71st Street<br>Unit 3D<br>Chicago, IL 60619 |
| Edward Williams<br>444 W. 76th Street<br>Unit 3<br>Chicago, IL 60620 | Gregory Morton<br>437 E. 71st.<br>Unit 2<br>Chicago, IL 60619 | Jackie Bradley<br>5700 S. Calumet Ave.<br>Unit 1N<br>Chicago, IL 60637 |
| Elenzia Booker<br>614 E. 71st Street<br>Unit 2D<br>Chicago, IL 60619 | Halsted Law Group<br>520 N Halsted St Ste 201<br>Chicago, IL 60642 | Jacqueline Dlouhy<br>7600 S. Stewart<br>Unit 205<br>Chicago, IL 60620 |
| Ericka Moore<br>5226 S. Michigan Ave.<br>Unit 2N<br>Chicago, IL 60615 | Harold Russell<br>1156 E. 67th St.<br>Unit 1<br>Chicago, IL 60637 | Janie Wilkie<br>6950 S. Oglesby Ave.<br>Unit 1<br>Chicago, IL 60649 |
| Eugene Posey<br>6427 S. Drexel Ave.<br>Unit 1N<br>Chicago, IL 60637 | HD Supply<br>1940 W Oak Circle<br>Marietta, GA 30062 | Jenine Tolefree<br>359 E. 57th St.<br>Unit 2E<br>Chicago, IL 60637 |
| FMV RL II, LLC<br>160 N. Wacker Drive, 4th Floor<br>Chicago, IL 60606 | Illinois Dept of Employment Sec<br>PO Box 4385<br>Chicago, IL 60680-4385 | Jessica Scott<br>353 E. 57th St.<br>Unit 3E<br>Chicago, IL 60637 |
| Frazier Love<br>1524 E. 73rd St.<br>Unit 2E<br>Chicago, IL 60619 | Illinois Finance Authority<br>Attn: Elisabeth Weber<br>160 N. LaSalle Street<br>Suite S-1000<br>Chicago, IL 60601-3124 | Joann Davis<br>435 E. 71st.<br>Unit 2<br>Chicago, IL 60619 |
| Gail Brown<br>8030 S. Yates Blvd.<br>Unit 2W<br>Chicago, IL 60617 | Illnois Dept of Revenue - BK Un<br>PO Box 19035<br>Springfield, IL 62794-9035 | Julius Verge<br>5116 S. Indiana Ave.<br>Unit 3R<br>Chicago, IL 60615 |
| Gertrude Benton<br>5123 S. Prairie<br>Unit 1<br>Chicago, IL 60615 | Independent Recycling<br>Atty: Stotis and Baird<br>200 W Jackson Blvd, Ste 1050<br>Chicago, IL 60606 | Kathy Conwell<br>329 E. 57th St.<br>Unit 1<br>Chicago, IL 60637 |

```
Keefe HVAC                     Latoya Gholar                   Marie Jackson
7408 W Archer Ave              Atty Kryder Law                 1152 E. 67th St.
Summit Argo, IL 60501          134 N LaSalle St Ste 1515       Unit 1
                               Chicago, IL 60602               Chicago, IL 60637


Kennathia Mason                Latrina Slue                    Marilyn Obanner
7620 S. Stewart                5119 S. Prairie                 1154 E. 67th St.
Unit 306                       Unit 2                          Unit 3
Chicago, IL 60620              Chicago, IL 60615               Chicago, IL 60637


Kenyatta McBride               Law Office of Ira Piltz         Mark Wilson
5701 S. Calumet Ave.           8170 McCormick Blvd Ste 116     5701 S. Calumet Ave.
Unit 3S                        Skokie, IL 60076                Unit 2S
Chicago, IL 60637                                              Chicago, IL 60637


Kinyarda Stith                 Leon Pitts                      Martha Hawthorne
5701 S. Calumet Ave.           1522 E. 73rd St.                7650 S. Stewart Ave.
Unit 1N                        Unit 1W                         Unit 208
Chicago, IL 60637              Chicago, IL 60619               Chicago, IL 60620


Kryder Law Group               Lewis Major                     Mary Swarn
134 N LaSalle St Ste 1515      442 W. 76th Street              5700 S. Calumet Ave.
Chicago, IL 60602              Unit 3E                         Unit 2S
                               Chicago, IL 60620               Chicago, IL 60637


LaDonna Moore                  Lillie Smith                    Maurice Johnson
8229 Langley                   7648 S. Stewart Ave.            440 W. 76th Street
Unit 1                         Unit G5                         Unit 3E
Chicago, IL 60619              Chicago, IL 60620               Chicago, IL 60620


Lakeshore Recycling            Linda Robinson                  Maya Harrold
6132 Oakton St                 6658 S. Woodlawn Ave.           5701 S. Calumet Ave.
Morton Grove, IL 60053         Unit 2                          Unit 3N
                               Chicago, IL 60637               Chicago, IL 60637


Lashaun Clayton                Lopacka Magic                   Miashell Moon
353 E. 57th St.                4328 S. Michigan Ave.           727 W. 71st. St.
Unit 1W                        Unit GS                         Unit 1
Chicago, IL 60637              Chicago, IL 60653               Chicago, IL 60621


Lashun Grant                   Lynd Company dba Resynergy      Michael Jennings
442 W. 76th Street             7575 N Loop Ste 10              7620 S. Stewart
Unit 2E                        San Antonio, TX 78249           Unit 307
Chicago, IL 60620                                              Chicago, IL 60620


Latifah Neeley                 Malik Harvey                    Michael Jones
6605 S. Kimbark Ave.           5116 S. Indiana Ave.            7640 S. Stewart
Unit 2N                        Unit 3F                         Unit 7646
Chicago, IL 60637              Chicago, IL 60615               Chicago, IL 60620
```

Debtor(s): BHF Chicago Housing Group B LLC   Case No:
Case 20-12453   Doc 44   Filed 07/10/20   Entered 07/10/20 10:24:29   Desc Main
Chapter:
Document   Page 9 of 13
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)
06/09/2020 12:60:31 pm

| | | |
|---|---|---|
| Michelle Plair<br>4328 S. Michigan Ave.<br>Unit 1S<br>Chicago, IL 60653 | Newline Holdings, LLC<br>c/o Law Offices of Heather Otte<br>19 S. LaSalle Street, Suite 602<br>Chicago, IL 60603 | Patricia Shines<br>406 W. 77th St.<br>Unit G12<br>Chicago, IL 60620 |
| Michelle Rea<br>4326 S. Michigan Ave.<br>Unit 2N<br>Chicago, IL 60653 | Occupant<br>7640 S. Stewart<br>Unit 404<br>Chicago, IL 60620 | Peoples Gas<br>Midwest: P.O. Box 2087<br>Kalamazoo, MI 49003-2087 |
| Mickeeta Starks<br>6607 S. Kimbark Ave.<br>Unit 2S<br>Chicago, IL 60637 | Occupant<br>7640 S. Stewart<br>Unit 406<br>Chicago, IL 60620 | Pugh Jones Johnson & Quandt, P.<br>180 N LaSalle Blvd #3400<br>Chicago, IL 60601 |
| Mona Amos<br>7654 S. Stewart Ave.<br>Unit 309<br>Chicago, IL 60620 | Occupant<br>7640 S. Stewart<br>Unit 7640<br>Chicago, IL 60620 | Randy Coleman<br>359 E. 57th St.<br>Unit 3W<br>Chicago, IL 60637 |
| Monique Bohanon<br>5700 S. Calumet Ave.<br>Unit 1S<br>Chicago, IL 60637 | Occupant<br>7600 S. Stewart<br>Unit 301<br>Chicago, IL 60620 | Raquel Smith<br>406 W. 77th St.<br>Unit 212<br>Chicago, IL 60620 |
| Mrs. Smith<br>7640 S. Stewart<br>Unit 7648<br>Chicago, IL 60620 | Occupant<br>7600 S. Stewart<br>Unit 303<br>Chicago, IL 60620 | Raquel Smith<br>7640 S. Stewart<br>Unit 406<br>Chicago, IL 60620 |
| Muhammad Lakish<br>6952 S. Oglesby Ave.<br>Unit 3<br>Chicago, IL 60649 | Occupant<br>7600 S. Stewart<br>Unit 305<br>Chicago, IL 60620 | Reed Bonita<br>6822 S. Cornell Ave.<br>Unit 3S<br>Chicago, IL 60649 |
| Murl Williams<br>8251 S. Drexel Ave.<br>Unit 3S<br>Chicago, IL 60619 | Occupant<br>614 E. 71st Street<br>Unit 3C<br>Chicago, IL 60619 | Region Snow<br>328 W Old Ridge Rd<br>Hobart, IN 46342 |
| Myrtis Hudson<br>7600 S. Stewart<br>Unit 101<br>Chicago, IL 60620 | Paper Street Realty LLC<br>1641 Carroll Ave., Suite 201<br>Chicago, IL 60612-2506 | Renaldo Smedley<br>6611 S. Greenwood Ave.<br>Unit 3<br>Chicago, IL 60637 |
| Nautilus Insurance Group<br>7233 E Butherus Dr.<br>Scottsdale, AZ 85260 | Paris Cleaners<br>Attn: Mr. and Mrs. Walls<br>7501 S. Prairie<br>Chicago, IL 60619 | Renewed Hope Clinic<br>618 E. 71st. Street<br>Chicago, IL 60619 |

Robert Hollins
8030 S. Yates Blvd.
Unit 1E
Chicago, IL 60617

Shirley Hollomon
359 E. 57th St.
Unit 3E
Chicago, IL 60637

UMB Bank, N.A., as Successor Tr
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807

Rodney Young
6656 S. Woodlawn Ave.
Unit 2
Chicago, IL 60637

Stephanie Owens
6948 S. Oglesby Ave.
Unit 3
Chicago, IL 60649

Unique Equity
6411 S Parnell Ave
Chicago, IL 60621

Ronald Stanford
618 E. 71st. Street
Unit 2D
Chicago, IL 60619

Tameka Lester
6429 S. Drexel Ave.
Unit 2S
Chicago, IL 60637

US Environ. Protection Agency
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604

Roy Malava
408 W. 77th St.
Unit 313
Chicago, IL 60620

Tasha Jones
1152 E. 67th St.
Unit 2
Chicago, IL 60637

US Securities & Exchange Commis
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Roy Malaya
7640 S. Stewart
Unit 408
Chicago, IL 60620

Teresea Keller
5116 S. Indiana Ave.
Unit 2F
Chicago, IL 60615

Vondia Edwards
141 W. Marquette Rd.
Unit 3
Chicago, IL 60621

Samantha Dancy
1154 E. 67th St.
Unit 1
Chicago, IL 60637

Theron Jackson
614 E. 71st Street
Unit 2A
Chicago, IL 60619

Willett Robinson
6609 S. Greenwood Ave.
Unit 3
Chicago, IL 60637

Schmidt Salzman & Moran, Ltd.
111 W Washington St #1300
Chicago, IL 60602

Tocarra Pettus
5701 S. Calumet Ave.
Unit 2N
Chicago, IL 60637

William Burns
614 E. 71st Street
Unit 2C
Chicago, IL 60619

Sheila Smith
7640 S. Stewart
Unit 406
Chicago, IL 60620

Tonisha Fisher
7600 S. Stewart
Unit 102
Chicago, IL 60620

Wortham Ins
1600 W 7th St.
Ft Worth, TX 76102

Shermaine Brown
5125 S. Prairie
Unit 1
Chicago, IL 60615

Torrance Richardson
721 W. 71st. St.
Unit 3
Chicago, IL 60621

Yakinia Johnson
359 E. 57th St.
Unit 1W
Chicago, IL 60637

Sherri Sanner
7632 S. Stewart
Unit 3A
Chicago, IL 60620

Transforming Lives Christian Ce
614 E. 71st Street
Chicago, IL 60619

Yandi Youngblood
6656 S. Woodlawn Ave.
Unit 1
Chicago, IL 60637

Yvette Dangerfield
353 E. 57th St.
Unit 1E
Chicago, IL 60637


Zepsa Mechanical
500 N Michigan Ave
Chicago, IL 60611

# Exhibit 2

Exhibit 2
BHF Chicago Housing Group Disclosures

a. Hilco provides lease acquisition, disposition, and restructuring services to its commercial real estate clients. In the course of providing such services, Hilco may have transacted with one or more of the parties-in-interest identified as landlords of the Debtors on matters unrelated to the Debtors.

b. In matters unrelated to the Debtors, affiliates of Hilco have previously performed inventory liquidation, retail store fixtures liquidation, real estate services, asset appraisal, enterprise valuation, and/or field exam services for (or related to) the following entities: (i) HD Supply, and (ii) UMB Bank.

c. Because of the magnitude of the entire creditor list in this case, it is possible that Hilco may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with this case. Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or this case, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.