# FIRST AMENDMENT TO
# PURCHASE AND SALE AGREEMENT

THIS FIRST AMENDMENT TO REAL ESTATE PURCHASE AND SALE AGREEMENT ("**Amendment**") is being made and entered into as of July __3__, 2020 ("**Amendment Effective Date**"), by and between BHF Chicago Housing Group B LLC, an Illinois limited liability company (the "**Seller**") and Saybrook Fund Advisors LLC, a Delaware limited liability company, or its designee (the "**Purchaser**"), and approved by UMB Bank, N.A., the duly-appointed and acting successor trustee (the "**Trustee**").

## RECITALS

A. By that certain Real Estate Purchase and Sale Agreement, with an Effective Date of May 26, 2020 (the "**Contract**"), by and between Seller, as seller, and Purchaser, as buyer, Seller agreed to sell to Purchaser, and Purchaser agreed to purchase from Seller, those certain parcels of real property set forth in Exhibit A of the Contract (the "**Property**"), upon and subject to the conditions and limitations set forth therein.

B. Seller and Purchaser are entering into this Amendment in order to amend the Contract.

C. Unless otherwise provided herein, all capitalized words and terms used in this Amendment shall have the same meanings ascribed to such words and terms as in the Contract. All references to the Agreement shall mean the Contract, as modified by this Amendment.

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Purchaser hereby agree as follows:

1. **Incorporation of Recitals**. The Recitals set forth above are hereby incorporated herein to the same extent as if fully set forth herein.

2. **Purchase Price**. The Purchase Price is amended to EIGHT MILLION AND NO/100 DOLLARS ($8,000,000.00).

3. **Due Diligence Period**. The Due Diligence period is expired, and Purchaser waives its right to terminate the Agreement pursuant to Section 8(c) of the Contract.

4. **Exhibit B to the Contract.** Exhibit B of the Contract is hereby amended and restated in its entirety and is replaced by Exhibit B attached hereto.

5. **Successors and Assigns**. This Amendment shall be binding upon and inure to the benefit of Seller and Purchaser and their respective successors and permitted assigns.

6. **No Other Modifications**. Except as expressly provided in this Amendment, all provisions of the Agreement remain in full force and effect and are not modified by this Amendment, and the parties hereby ratify and confirm each and every provision thereof.

7. **Execution in Counterparts**. This Amendment may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of such counterparts shall constitute one amendment. To facilitate execution of this Amendment, the parties may execute and exchange by electronic mail, PDF counterparts of the signature pages. Signature pages may be detached from the counterparts and attached to a single copy of this Amendment to physically form one document.

[*Signature Page Follows.*]

IN WITNESS WHEREOF, Seller and Purchaser have executed this Amendment as of the day and year first above written.

| PURCHASER: | SELLER: |
|---|---|
| **SAYBROOK FUND ADVISORS, LLC,** <br> **a Delaware limited liability company** | **BHF CHICAGO HOUSING GROUP B** <br> **LLC, an Illinois limited liability company** |

By: _[signature: Jon P. Schotz]_  
Its: \_\_\_\_\_Co-Managing Partner_____  
Name:\_\_Jon P Schotz_____

By: Better Housing Foundation  
Its: Sole Member and Manager

By:_____  
    Andy Belew, President

Agreed to and approved by:

**UMB BANK, N.A., not individually,**  
**but solely as Successor Trustee**

By: _____  
Its: _____

2

IN WITNESS WHEREOF, Seller and Purchaser have executed this Amendment as of the day and year first above written.

| PURCHASER: | SELLER: |
|---|---|
| **SAYBROOK FUND ADVISORS, LLC,** a Delaware limited liability company | **BHF CHICAGO HOUSING GROUP B LLC,** an Illinois limited liability company |
| | By: Better Housing Foundation Its: Sole Member and Manager |
| By: _____ Its: _____ Name:_____ | By: *Andrew Belew* Andy Belew, President |

Agreed to and approved by:

**UMB BANK, N.A., not individually, but solely as Successor Trustee**

By: _____
Its: _____

2

IN WITNESS WHEREOF, Seller and Purchaser have executed this Amendment as of the day and year first above written.

| PURCHASER: | SELLER: |
|---|---|
| **SAYBROOK FUND ADVISORS, LLC,** a Delaware limited liability company | **BHF CHICAGO HOUSING GROUP B LLC, an Illinois limited liability company** |
| | By: Better Housing Foundation Its: Sole Member and Manager |
| By: _____ Its: _____ Name:_____ | By:_____ Andy Belew, President |

Agreed to and approved by:

**UMB BANK, N.A., not individually, but solely as Successor Trustee**

By: _[signature]_
Its:   Senior Vice President

2

# EXHIBIT B

## ALLOCATION OF PURCHASE PRICE

| ADDRESS | PURCHASE PRICE ALLOCATION |
|---|---:|
| 139-141 W Marquette Rd., Chicago, IL 60621 | 105,000.00 |
| 1524 E 73rd St., Chicago, IL 60619 | 91,800.00 |
| 226-28 E 55th Place, Chicago, IL 60637 | 64,056.00 |
| 2666-68 E 78th St., Chicago, IL 60649 | 153,000.00 |
| 301-05 E 75th St., Chicago, IL 60619 | 140,000.00 |
| 4236-38 S Indiana Ave., Chicago, IL 60653 | 64,056.00 |
| 4326-28 S Michigan Ave., Chicago, IL 60653 | 85,408.00 |
| 435-41 E 71st St., Chicago, IL 60637 | 157,500.00 |
| 5116-18 S Indiana Ave., Chicago, IL 60615 | 138,788.00 |
| 5119-25 S Prairie Ave., Chicago, IL 60615 | 149,464.00 |
| 5154-56 S Indiana Ave., Chicago, IL 60615 | 85,408.00 |
| 5226-28 S Michigan Ave., Chicago, IL 60615 | 85,408.00 |
| 5600-02 S Michigan Ave., Chicago, IL 60637 | 160,140.00 |
| 5700 S Calumet Ave., Chicago, IL 60637 | 160,140.00 |
| 5701 S Calumet Ave., Chicago, IL 60637 | 192,168.00 |
| 5720-22 S Michigan Ave., Chicago, IL 60637 | 64,056.00 |
| 5832-36 S Michigan Ave., Chicago, IL 60637 | 85,408.00 |
| 5910-12 S King Dr., Chicago, IL 60637 | 64,056.00 |
| 7655-57 S Lowe Ave., Chicago, IL 60620 | 210,000.00 |
| 6123-25 S Prairie Ave., Chicago, IL 60637 | 85,408.00 |
| 614-22 E 71st St., Chicago, IL 60619 | 367,500.00 |
| 6207-09 S King Dr., Chicago, IL 60637 | 85,408.00 |
| 6427-29 S Drexel Ave., Chicago, IL 60637 | 64,056.00 |
| 6540-42 S Ellis Ave., Chicago, IL 60637 | 64,056.00 |
| 6603 S Rhodes Ave., Chicago, IL 60637 | 64,056.00 |
| 6605-07 S Kimbark Ave., Chicago, IL 60637 | 85,408.00 |
| 6611-13 S Ellis Ave., Chicago, IL 60637 | 64,056.00 |
| 6656-58 S Woodlawn Ave., Chicago, IL 60637 | 120,816.00 |
| 6820-22 S Cornell Ave., Chicago, IL 60649 | 91,800.00 |
| 6857-59 S King Dr., Chicago, IL 60619 | 245,000.00 |
| 6901-07 S Prairie Ave., Chicago, IL 60615 | 367,500.00 |
| 6948-52 S Oglesby Ave., Chicago, IL 60649 | 229,500.00 |
| 7018 S Clyde Ave., Chicago, IL 60649 | 91,800.00 |
| 721-29 W 71st St., Chicago, IL 60621 | 227,500.00 |
| 7511-19 Yale Ave., Chicago, IL 60620 | 420,000.00 |

| | |
|---|---:|
| 7556-58 S Eggleston Ave., Chicago, IL 6062 | 280,000.00 |
| 7600-20 S Stewart Ave., Chicago, IL 60620 & 7632-34 S Stewart Ave., Chicago, IL 60620 | 840,000.00 |
| 7640-56 S Stewart Ave., Chicago, IL 60620 | 1,240,000.00 |
| 8030 S Yates Blvd., Chicago, IL 60617 | 77,168.00 |
| 8143-45 S Ellis Ave., Chicago, IL 60619 | 280,000.00 |
| 8229 S Langley Ave., Chicago, IL 60619 | 70,000.00 |
| 8249-51 S Drexel Ave., Chicago, IL 60619 | 105,000.00 |
| 1431-33 E 66th Place, Chicago, IL 60637 | 64,056.00 |
| 5606-08 S Michigan Ave., Chicago, IL 60637 | 64,056.00 |
| 1421 E 67th Place, Chicago, IL 60637 | 50,000.00 |
| **TOTAL:** | **$8,000,000.00** |