UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 20-12453 |
| | ) |
| BHF CHICAGO HOUSING GROUP B LLC (ICARUS) | ) Chapter: 11 |
| | ) Honorable Jack Schmetterer |
| Debtor(s) | ) Adv. No.: |
| Plaintiff(s) | ) |
| Defendant(s) | ) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
CLARK HILL PLC AS BANKRUPTCY COUNSEL**

This matter came before the Court on the application of BHF Chicago Housing Group B LLC (Icarus), debtor and debtor in possession ("Debtor"), for the entry of an order authorizing the retention and employment of Scott N. Schreiber, Kevin H. Morse, Chad M. Poznansky, and Samuel J. Tallman of Clark Hill PLC (collectively, "Clark Hill") as bankruptcy counsel to the Debtor retroactive to June 15, 2020 (the "Application"); due and proper notice of the Application having been provided to all parties in interest; the Court having considered the Application and any objections raised to same either having been resolved or overruled; and otherwise being fully advised;

IT IS HEREBY ORDERED that:

1. The Application is granted as set forth herein.

2. Pursuant to 11 U.S.C. § 327(a), the Debtor is authorized to retain and employ Clark Hill as its bankruptcy counsel retroactive to June 15, 2020, for all purposes set forth in the Application.

3. Clark Hill shall be compensated pursuant to sections 330 and 331 of the Bankruptcy Code, any applicable Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois, the Guidelines established by the U.S. Trustee, and any procedures as further established by order of the Court.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 14, 2020

**Prepared by:**

Scott N. Schreiber (ARDC No. 6191042)
Kevin H. Morse (ARDC No. 6297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595 | F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com