UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-12453 |
| | ) | |
| BHF CHICAGO HOUSING GROUP B LLC (ICARUS) | ) ) | Chapter:  11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
HILCO REAL ESTATE, LLC AS REAL ESTATE BROKER**

This matter came before the Court on the application of BHF Chicago Housing Group B LLC (Icarus), debtor and debtor in possession ("Debtor"), for the entry of an order authorizing the retention and employment of Hilco Real Estate, LLC ("Hilco") as real estate broker for the Debtor (the "Broker Application"); due and proper notice of the Broker Application having been provided; the Court having considered the Broker Application and any objections either having been resolved or overruled; and otherwise being fully advised;

IT IS HEREBY ORDERED that:

1. The Broker Application is granted as set forth herein.

2. Pursuant to 11 U.S.C. § 327(a), the Debtor is authorized to retain and employ Hilco as its real estate broker for on the terms and as set forth in the Broker Application.

3. The proposed fee structure as set forth with more particularity in the Broker Application and Engagement Letter attached thereto is approved, pursuant to 11 U.S.C. §328(a), and the payment of all fees and reimbursement of expenses to Hilco under the Engagement Letter shall be free and clear of all liens, claims and encumbrances.  Hilco is not required to maintain time records or file interim or final fee applications.  Hilco shall be paid its commission and reimbursement of expenses, to be included in the terms of a sale order, at the closing of the sale of the Property.

Enter:  *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  July 14, 2020

**Prepared by:**

Scott N. Schreiber (ARDC No. 6191042)
Kevin H. Morse (ARDC No. 6297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595 | F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com