| **Fill in this information to identify the case** |
|---|

Debtor name    **BHF Chicago Housing Group B LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)    **20-12453**

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**         **Current value of debtor's interest**

2. **Cash on hand**      _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of
                                                 account number

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor    **BHF Chicago Housing Group B LLC**                          Case number (if known)   **20-12453**
            Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.** Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                    $0.00

---

## Part 3:  Accounts receivable

**10.** Does the debtor have any accounts receivable?

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.** Accounts receivable

11a.  90 days old or less:  _____  –  _____  =  ...............  ➔   _____
                          face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:   _____  –  _____  =  ...............  ➔   _____
                          face amount              doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            $0.00

---

## Part 4:  Investments

**13.** Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                                   % of ownership:

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                $0.00

---

## Part 5:  Inventory, excluding agriculture assets

**18.** Does the debtor own any inventory (excluding agriculture assets)?

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

---

Debtor      **BHF Chicago Housing Group B LLC**_____      Case number (if known)   **20-12453**_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$\boxed{\text{_____ \$0.00}}$

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$\boxed{\text{_____ \$0.00}}$

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **BHF Chicago Housing Group B LLC** _____    Case number (if known) __20-12453__
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor        **BHF Chicago Housing Group B LLC** _____    Case number (if known) __20-12453__

Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See attached.** | **Fee Simple** | | | **$8,000,000.00** |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$8,000,000.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)  **20-12453**
          Name

<table>
<tr><td style="background:black;color:white">**Part 11:**</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                    **Current value of**
                                                                    **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                         | **$0.00** |
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **BHF Chicago Housing Group B LLC**  _____    Case number (if known)  __20-12453__
        Name

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9.* .............................................................. ➜ | | **$8,000,000.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| **91.** **Total.**  Add lines 80 through 90 for each column.    91a. | **$0.00** **+** | 91b. **$8,000,000.00** |

**92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ....................................................................................    **$8,000,000.00**

| **ADDRESS** | **PURCHASE PRICE ALLOCATION** |
|---|---|
| 139-141 W Marquette Rd., Chicago, IL 60621 | 105,000.00 |
| 1524 E 73rd St., Chicago, IL 60619 | 91,800.00 |
| 226-28 E 55th Place, Chicago, IL 60637 | 64,056.00 |
| 2666-68 E 78th St., Chicago, IL 60649 | 153,000.00 |
| 301-05 E 75th St., Chicago, IL 60619 | 140,000.00 |
| 4236-38 S Indiana Ave., Chicago, IL 60653 | 64,056.00 |
| 4326-28 S Michigan Ave., Chicago, IL 60653 | 85,408.00 |
| 435-41 E 71st St., Chicago, IL 60637 | 157,500.00 |
| 5116-18 S Indiana Ave., Chicago, IL 60615 | 138,788.00 |
| 5119-25 S Prairie Ave., Chicago, IL 60615 | 149,464.00 |
| 5154-56 S Indiana Ave., Chicago, IL 60615 | 85,408.00 |
| 5226-28 S Michigan Ave., Chicago, IL 60615 | 85,408.00 |
| 5600-02 S Michigan Ave., Chicago, IL 60637 | 160,140.00 |
| 5700 S Calumet Ave., Chicago, IL 60637 | 160,140.00 |
| 5701 S Calumet Ave., Chicago, IL 60637 | 192,168.00 |
| 5720-22 S Michigan Ave., Chicago, IL 60637 | 64,056.00 |
| 5832-36 S Michigan Ave., Chicago, IL 60637 | 85,408.00 |
| 5910-12 S King Dr., Chicago, IL 60637 | 64,056.00 |
| 7655-57 S Lowe Ave., Chicago, IL 60620 | 210,000.00 |
| 6123-25 S Prairie Ave., Chicago, IL 60637 | 85,408.00 |
| 614-22 E 71st St., Chicago, IL 60619 | 367,500.00 |
| 6207 -09 S King Dr., Chicago, IL 60637 | 85,408.00 |
| 6427-29 S Drexel Ave., Chicago, IL 60637 | 64,056.00 |
| 6540-42 S Ellis Ave., Chicago, IL 60637 | 64,056.00 |
| 6603 S Rhodes Ave., Chicago, IL 60637 | 64,056.00 |
| 6605-07 S Kimbark Ave., Chicago, IL 60637 | 85,408.00 |
| 6611-13 S Ellis Ave., Chicago, IL 60637 | 64,056.00 |
| 6656-58 S Woodlawn Ave., Chicago, IL 60637 | 120,816.00 |
| 6820-22 S Cornell Ave., Chicago, IL 60649 | 91,800.00 |
| 6857-59 S King Dr., Chicago, IL 60619 | 245,000.00 |
| 6901-07 S Prairie Ave., Chicago, IL 60615 | 367,500.00 |
| 6948-52 S Oglesby Ave., Chicago, IL 60649 | 229,500.00 |
| 7018 S Clyde Ave., Chicago, IL 60649 | 91,800.00 |
| 721-29 W 71st St., Chicago, IL 60621 | 227,500.00 |
| 7511-19 Yale Ave., Chicago, IL 60620 | 420,000.00 |

3

| | |
|---|---|
| 7556-58 S Eggleston Ave., Chicago, IL 6062 | 280,000.00 |
| 7600-20 S Stewart Ave., Chicago, IL 60620 & 7632-34 S Stewart Ave., Chicago, IL 60620 | 840,000.00 |
| 7640-56 S Stewart Ave., Chicago, IL 60620 | 1,240,000.00 |
| 8030 S Yates Blvd., Chicago, IL 60617 | 77,168.00 |
| 8143-45 S Ellis Ave., Chicago, IL 60619 | 280,000.00 |
| 8229 S Langley Ave., Chicago, IL 60619 | 70,000.00 |
| 8249-51 S Drexel Ave., Chicago, IL 60619 | 105,000.00 |
| 1431-33 E 66th Place, Chicago, IL 60637 | 64,056.00 |
| 5606-08 S Michigan Ave., Chicago, IL 60637 | 64,056.00 |
| 1421 E 67th Place, Chicago, IL 60637 | 50,000.00 |
| **TOTAL:** | **$8,000,000.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BHF Chicago Housing Group B LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | **20-12453** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | | | |
|---|---|---|---|
| **Creditor's name** **All Types Elevators** | **Describe debtor's property that is subject to a lien** | $10,044.51 | $8,000,000.00 |
| **Creditor's mailing address** **Atty Sylvestri** | **See attached Exhibit to Schedule A/B #55** | | |
| **70 W Madison St.,  Ste 2020** | **Describe the lien** | | |
| | **Lien (rep by Atty Laurie Sylvestri)** | | |
| **Chicago         IL       60602** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**Mechanic's Lien (rep by Atty Laurie Sylvestri)**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $56,678,750.46

Debtor   **BHF Chicago Housing Group B LLC** _____   Case number (if known) **20-12453**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines**
**sequentially from the previous page.**

---

**2.2**  Creditor's name
**Chicago Neighborhood Resources, LLC**

Creditor's mailing address
**c/o P. Curtis Bettiker**

**2870 N Elston Street**

_____

**Chicago            IL     60618**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is**
**subject to a lien**                          **$842,011.30**      **$8,000,000.00**

**See attached Exhibit to Schedule A/B #55**

**Describe the lien**

**Receiver's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  Creditor's name
**City of Chicago**

Creditor's mailing address
**Atty Megan McGillivary**

**29 E Madison St Ste 950**

_____

**Chicago            IL     60602**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is**
**subject to a lien**                          **$9,799.88**      **$8,000,000.00**

**See attached Exhibit to Schedule A/B #55**

**Describe the lien**

**Receivers 1st Interim Acctg (Case # 2019 MI 401842**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Receivers 1st Interim Acctg (Case # 2019 MI 401842)**

Debtor   **BHF Chicago Housing Group B LLC**
Case number (if known) **20-12453**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| **Creditor's name** | **Describe debtor's property that is** | | |
|---|---|---|---|
| City of Chicago | **subject to a lien** | $63,549.72 | $8,000,000.00 |

**Creditor's mailing address**
Atty Megan McGillivary

**See attached Exhibit to Schedule A/B #55**

29 E Madison St Ste 950

**Describe the lien**

**Receivers 1st Interim Acctg (Case # 2019 MI 400390**

Chicago          IL    60602

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
          relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Receivers 1st Interim Acctg (Case # 2019 MI 400390)**

**2.5**

| **Creditor's name** | **Describe debtor's property that is** | | |
|---|---|---|---|
| City of Chicago - Legal Department | **subject to a lien** | Unknown | $8,000,000.00 |

**Creditor's mailing address**
c/o Greg Janes

**See attached Exhibit to Schedule A/B #55**

30 N. LaSalle Street, Suite 700

**Describe the lien**

Lien

Chicago          IL    60602-2503

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
          relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Debtor   **BHF Chicago Housing Group B LLC** _____ Case number (if known) **20-12453**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6** **Creditor's name**
**City of Chicago - Water Department**

**Creditor's mailing address**
**121 N. LaSalle Street, Room 107A**

_____

**Chicago            IL      60602-1232**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**                    **$7,107.54**      **$8,000,000.00**

**See attached Exhibit to Schedule A/B #55**

**Describe the lien**

**Water lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.7** **Creditor's name**
**Community Initiatives, Inc.**

**Creditor's mailing address**
**222 S. Riverside Plaza, Suite 380**

_____

**Chicago            IL      60606-7801**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**                    **$80,526.85**     **$8,000,000.00**

**See attached Exhibit to Schedule A/B #55**

**Describe the lien**

**Receiver's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **BHF Chicago Housing Group B LLC**

Case number (if known) **20-12453**

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.8**

Creditor's name
**Cook County Treasurer's Office**

Creditor's mailing address
**118 N. Clark Street, Room 112**

**Chicago**   **IL**   **60602-1590**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**See attached Exhibit to Schedule A/B #55**

Describe the lien

**Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$8,000,000.00**

**2.9**

Creditor's name
**CR Realty Advisors, LLC**

Creditor's mailing address
**325 W. Huron Street, Suite 708**

**Chicago**   **IL**   **60654**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**See attached Exhibit to Schedule A/B #55**

Describe the lien

**Receiver's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$76,511.37**   **$8,000,000.00**

Debtor    **BHF Chicago Housing Group B LLC**    Case number (if known) **20-12453**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.10** | Creditor's name<br>**FMV RL II, LLC** | Describe debtor's property that is<br>subject to a lien | **$21,437.37** | **$8,000,000.00** |

Creditor's mailing address
**160 N. Wacker Drive, 4th Floor**

Describe debtor's property that is
subject to a lien

**See attached Exhibit to Schedule A/B #55**

Describe the lien

**Receiver's Lien**

**Chicago          IL      60606**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

| **2.11** | Creditor's name<br>**Newline Holdings, LLC** | Describe debtor's property that is<br>subject to a lien | **Unknown** | **$8,000,000.00** |

Creditor's mailing address
**c/o Law Offices of Heather Ottenfeld, P**

**See attached Exhibit to Schedule A/B #55**

Describe the lien

**19 S. LaSalle Street, Suite 602**

**Property Tax Purchaser**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Chicago          IL      60603**

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor    **BHF Chicago Housing Group B LLC** _____    Case number (if known) **20-12453**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.12**

**Creditor's name**
**Paper Street Realty LLC**

**Creditor's mailing address**
**1641 Carroll Ave., Suite 201**
_____

**Chicago            IL      60612-2506**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**See attached Exhibit to Schedule A/B #55**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$493,722.80          $8,000,000.00

**2.13**

**Creditor's name**
**Pugh Jones Johnson & Quandt, P.C.**

**Creditor's mailing address**
**180 N LaSalle Blvd #3400**
_____

**Chicago            IL      60601**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**See attached Exhibit to Schedule A/B #55**

**Describe the lien**
**Attorney Fees**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$149,648.62          $8,000,000.00

Debtor    **BHF Chicago Housing Group B LLC**

Case number (if known) **20-12453**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

### 2.14

**Creditor's name**
**Schmidt Salzman & Moran, Ltd.**

**Describe debtor's property that is
subject to a lien**

**$3,953.00**    **$8,000,000.00**

**Creditor's mailing address**
**111 W Washington St #1300**

**See attached Exhibit to Schedule A/B #55**

**Describe the lien**

**Attorney Fees**

**Chicago**    **IL**    **60602**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account
number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

### 2.15

**Creditor's name**
**UMB Bank, N.A., as Successor Trustee**

**Describe debtor's property that is
subject to a lien**

**$54,920,437.50**    **$8,000,000.00**

**Creditor's mailing address**
**c/o Michael Slade**

**See attached Exhibit to Schedule A/B #55**

**120 6th Street, Suite 1400**

**Describe the lien**

**Mortgage**

**Minneapolis**    **MN**    **55402-1807**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account
number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **BHF Chicago Housing Group B LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | **20-12453** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor      **BHF Chicago Housing Group B LLC**                    Case number (if known)  **20-12453**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 |

**Bryant and Davalle PC**

**1210 W Northwest Hwy**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Palatine**                    IL      **60067**

Basis for the claim:  **Acctg services fees**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Acctg services fees

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,173.72 |

**Carpet Concepts**

**1346 W 79th St.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60620**

Basis for the claim:  **Carpeting services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Carpeting services

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,233.44 |

**City of Chicago**

**P.O. Box 71429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60694-1429**

Basis for the claim:  **Various, multiple Collection Notices**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Various, multiple Collection Notices

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,888.88 |

**City of Chicago Collector Atty**

**205 W. Randolph Ste 1100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                    IL      **60606**

Basis for the claim:  **Goldman & Grant Law, Collection Notice fees**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Goldman & Grant Law, Collection Notice fees

---

Debtor      **BHF Chicago Housing Group B LLC**                          Case number (if known)   **20-12453**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

---

| 3.5 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                              **$25,859.05**

**City of Chicago Water Dept**

☐ Contingent

**121 N LaSalle St.**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| Chicago | IL | 60602 |

**Water Bill**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Water Bill

---

| 3.6 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                              **$5,558.84**

**ComEd Utility Co.**

☐ Contingent

**P.O. Box 805379**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| Chicago | IL | 60680-5379 |

**Unpd utility bills**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Unpd utility bills

---

| 3.7 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                              **$25,756.23**

**Goldman & Grant Law**

☐ Contingent

**205 W. Randolph Ste 1100**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

| Chicago | IL | 60606 |

**Legal services fees**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Legal services fees

---

| 3.8 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                              **$16,293.00**

**Halsted Law Group**

☐ Contingent

**520 N Halsted St Ste 201**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| Chicago | IL | 60642 |

**Legal fees**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Legal fees

---

Debtor    **BHF Chicago Housing Group B LLC**                                    Case number (if known)  **20-12453**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              **Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address                              As of the petition filing date, the claim is:                    $3,764.74
                                                                                        *Check all that apply.*

**HD Supply**                                                                           ☐ Contingent

**1940 W Oak Circle**                                                                   ☐ Unliquidated
                                                                                        ☐ Disputed

_____                                               **Basis for the claim:**

**Marietta**                     **GA**     **30062**                                   **Business Products**

Date or dates debt was incurred     _____                                     Is the claim subject to offset?
                                                                                        ☒ No
Last 4 digits of account number     __ __ __ __                                         ☐ Yes

**Business Products**

---

**3.10**   Nonpriority creditor's name and mailing address                             As of the petition filing date, the claim is:                    $20,992.00
                                                                                        *Check all that apply.*

**Independent Recycling**                                                               ☐ Contingent

**Atty: Stotis and Baird**                                                              ☐ Unliquidated

**200 W Jackson Blvd, Ste 1050**                                                        ☐ Disputed

_____                                               **Basis for the claim:**

**Chicago**                      **IL**     **60606**                                   **Recycle invoice and Judgement (Atty: Stotis and Ba**

Date or dates debt was incurred     _____                                     Is the claim subject to offset?
                                                                                        ☒ No
Last 4 digits of account number     __ __ __ __                                         ☐ Yes

**Recycle invoice and Judgement (Atty: Stotis and Baird)**

---

**3.11**   Nonpriority creditor's name and mailing address                             As of the petition filing date, the claim is:                    $14,686.00
                                                                                        *Check all that apply.*

**Keefe HVAC**                                                                          ☐ Contingent

**7408 W Archer Ave**                                                                   ☐ Unliquidated
                                                                                        ☐ Disputed

_____                                               **Basis for the claim:**

**Summit Argo**                  **IL**     **60501**                                   **HVAC services**

Date or dates debt was incurred     _____                                     Is the claim subject to offset?
                                                                                        ☒ No
Last 4 digits of account number     __ __ __ __                                         ☐ Yes

**HVAC services**

---

**3.12**   Nonpriority creditor's name and mailing address                             As of the petition filing date, the claim is:                    $50,000.00
                                                                                        *Check all that apply.*

**Kryder Law Group**                                                                    ☐ Contingent

**134 N LaSalle St Ste 1515**                                                           ☐ Unliquidated
                                                                                        ☒ Disputed

_____                                               **Basis for the claim:**

**Chicago**                      **IL**     **60602**                                   **Liability from Alleged Injury (Latoya Gholar)**

Date or dates debt was incurred     _____                                     Is the claim subject to offset?
                                                                                        ☒ No
Last 4 digits of account number     __ __ __ __                                         ☐ Yes

**Liability from Alleged Injury (Latoya Gholar)**

---

Debtor      **BHF Chicago Housing Group B LLC**                          Case number (if known)   **20-12453**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,308.86 |
|---|---|---|---|

**Lakeshore Recycling**

**6132 Oakton St**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Morton Grove**          IL      60053          **Recycling services**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __            ☑ No
                                                         ☐ Yes

**Recycling services**

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

**Latoya Gholar**

**Atty Kryder Law**

**134 N LaSalle St Ste 1515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Chicago**          IL      60602          **Liability from Alleged Injury**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __            ☑ No
                                                         ☐ Yes

**Liability from Alleged Injury**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,930.00 |
|---|---|---|---|

**Law Office of Ira Piltz**

**8170 McCormick Blvd Ste 116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Skokie**          IL      60076          **Legal fees**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __            ☑ No
                                                         ☐ Yes

**Legal fees**

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,950.47 |
|---|---|---|---|

**Lynd Company dba Resynergy**

**7575 N Loop Ste 10**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Antonio**          TX      78249          **Apt mgt services**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __            ☑ No
                                                         ☐ Yes

**Apt mgt services**

---

Debtor    **BHF Chicago Housing Group B LLC**                          Case number (if known)  **20-12453**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.17**  Nonpriority creditor's name and mailing address

**Nautilus Insurance Group**

**7233 E Butherus Dr.**

**Scottsdale**              **AZ**    **85260**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**Insurance services**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance services**

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.18**  Nonpriority creditor's name and mailing address

**Peoples Gas**

**Midwest: P.O. Box 2087**

**Kalamazoo**              **MI**    **49003-2087**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**Midwest Receivable Solutions (Collection Agency)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Midwest Receivable Solutions (Collection Agency)**

Is the claim subject to offset?
☑ No
☐ Yes

$49,110.00

---

**3.19**  Nonpriority creditor's name and mailing address

**Region Snow**

**328 W Old Ridge Rd**

**Hobart**                 **IN**    **46342**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**Snow removal services**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Snow removal services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,774.35

---

**3.20**  Nonpriority creditor's name and mailing address

**Unique Equity**

**6411 S Parnell Ave**

**Chicago**                **IL**    **60621**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**Property Investment loan**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Property Investment loan**

Is the claim subject to offset?
☑ No
☐ Yes

$26,450.00

---

Debtor    **BHF Chicago Housing Group B LLC**    Case number (if known)    **20-12453**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |

**Wortham Ins**

**1600 W 7th St.**

**Ft Worth**      **TX**      **76102**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Insurance services**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Insurance services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,879.00

| 3.22 | Nonpriority creditor's name and mailing address |

**Zepsa Mechanical**

**500 N Michigan Ave**

**Chicago**      **IL**      **60611**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Mechanical services**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Mechanical services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,713.03

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 7

Debtor      **BHF Chicago Housing Group B LLC**                    Case number (if known) **20-12453**

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.   Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.   If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.1 | A. Smith 406 W. 77th St. Unit 112 Chicago   IL   60620 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.2 | Adam Brown 7632 S. Stewart Unit 1D Chicago   IL   60620 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.3 | Adonnis Platt 5700 S. Calumet Ave. Unit 2N Chicago   IL   60637 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.4 | Akeseiah Felton 5701 S. Calumet Ave. Unit 1S Chicago   IL   60637 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.5 | Alexandria Jackson 6658 S. Woodlawn Ave. Unit 3 Chicago   IL   60637 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.6 | Anita Bates 7632 S. Stewart Unit 3E Chicago   IL   60620 | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | 20-12453 |

---

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Annette Dorsey**<br>**327 E. 57th St.**<br>**Unit 1**<br><br>**Chicago**    **IL**    **60637** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.8 | **Anthony Ward**<br>**440 W. 76th Street**<br>**Unit 2E**<br><br>**Chicago**    **IL**    **60620** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.9 | **Antoinette Dunne**<br>**7620 S. Stewart**<br>**Unit 206**<br><br>**Chicago**    **IL**    **60620** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.10 | **Antonio Rushing**<br>**7600 S. Stewart**<br>**Unit 103**<br><br>**Chicago**    **IL**    **60620** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.11 | **Ashley Williams**<br>**359 E. 57th St.**<br>**Unit 1E**<br><br>**Chicago**    **IL**    **60637** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.12 | **Barbara Drane**<br>**440 W. 76th Street**<br>**Unit 1E**<br><br>**Chicago**    **IL**    **60620** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.13 | **Barbara Moore**<br>**141 W. Marquette Rd.**<br>**Unit 1**<br><br>**Chicago**    **IL**    **60621** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)   **20-12453**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.14**   **Barbara Robinson**

**7646 S. Stewart Ave.**

**Unit 104**

**Chicago**          **IL**     **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.15**   **Bertha McKinney**

**6611 S. Greenwood Ave.**

**Unit 1**

**Chicago**          **IL**     **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.16**   **Brenda Brown**

**618 E. 71st. Street**

**Unit 2D**

**Chicago**          **IL**     **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.17**   **Brian Kendrick**

**8229 Langley**

**Unit 3**

**Chicago**          **IL**     **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.18**   **Britney Cribbs**

**444 W. 76th Street**

**Unit 1**

**Chicago**          **IL**     **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.19**   **Calvin Harris**

**439 E. 71st.**

**Unit 2**

**Chicago**          **IL**     **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.20**   **Chastity Brown**

**8229 Langley**

**Unit 2**

**Chicago**          **IL**     **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **BHF Chicago Housing Group B LLC**                     Case number (if known)   **20-12453**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.21**   **Chetiqua Bell**

**7600 S. Stewart**

**Unit 308**

**Chicago**            **IL**      **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.22**   **Chicago Anti Eviction Campaign**

**616 E. 71st Street**

**Chicago**            **IL**      **60619**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.23**   **Christine McNabb**

**7620 S. Stewart**

**Unit 304**

**Chicago**            **IL**      **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.24**   **Crystal Denise**

**6429 S. Drexel Ave.**

**Unit 3S**

**Chicago**            **IL**      **60637**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.25**   **Curtis Robinson**

**7640 S. Stewart**

**Unit 7648**

**Chicago**            **IL**      **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.26**   **Cynthia Arnaldy**

**8030 S. Yates Blvd.**

**Unit 2E**

**Chicago**            **IL**      **60617**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.27**   **Cynthia Maclin**

**5116 S. Indiana Ave.**

**Unit 2R**

**Chicago**            **IL**      **60615**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **BHF Chicago Housing Group B LLC**                                    Case number (if known)    **20-12453**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.28**   **Daniel Archer**

   **7644 S. Stewart Ave.**

   **Unit 302**

   **Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.29**   **Darnel Tabor**

   **7640 S. Stewart**

   **Unit 408**

   **Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.30**   **Darrell Robinson**

   **1522 E. 73rd St.**

   **Unit 2W**

   **Chicago**          **IL**      **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.31**   **Darren Anderson**

   **7648 S. Stewart Ave.**

   **Unit 106**

   **Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.32**   **Darryl Butler**

   **5118 S. Indiana Ave.**

   **Unit GF**

   **Chicago**          **IL**      **60615**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.33**   **David Francher**

   **723 W. 71st. St.**

   **Unit 1**

   **Chicago**          **IL**      **60621**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.34**   **Dawgs Door**

   **7600 S. Stewart**

   **Unit 304**

   **Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)    **20-12453**

---

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.35**    **Dawgs Door**
**7600 S. Stewart**
**Unit 207**

**Chicago**        **IL**    **60620**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.36**    **Dawgs Door**
**7600 S. Stewart**
**Unit 204**

**Chicago**        **IL**    **60620**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.37**    **Dawgs Door**
**7600 S. Stewart**
**Unit 108**

**Chicago**        **IL**    **60620**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.38**    **Dawn Scott**
**325 E. 57th St.**
**Unit 3**

**Chicago**        **IL**    **60637**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.39**    **Debra Thomas**
**5228 S. Michigan Ave.**
**Unit 2S**

**Chicago**        **IL**    **60615**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.40**    **Dejoie Williams**
**618 E. 71st. Street**
**Unit 2B**

**Chicago**        **IL**    **60619**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.41**    **Demetrius Torry**
**5700 S. Calumet Ave.**
**Unit 3N**

**Chicago**        **IL**    **60637**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **BHF Chicago Housing Group B LLC**                                    Case number (if known)   **20-12453**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.42 | **Demitrice Johnson** | Line _____ | __ __ __ __ |
| | **5910 S. Martin Luther King Dr.** | ☑ Not listed.  Explain: | |
| | **Unit 2N** | **Notice Only** | |
| | **Chicago**         **IL**    **60637** | | |
| 4.43 | **Department of Treasury - IRS** | Line _____ | __ __ __ __ |
| | **PO Box 7346** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Philadelphia**    **PA**    **19101-7346** | | |
| 4.44 | **Diona Garcia** | Line _____ | __ __ __ __ |
| | **353 E. 57th St.** | ☑ Not listed.  Explain: | |
| | **Unit 3W** | **Notice Only** | |
| | **Chicago**         **IL**    **60637** | | |
| 4.45 | **Donna Crumpler** | Line _____ | __ __ __ __ |
| | **5119 S. Prairie** | ☑ Not listed.  Explain: | |
| | **Unit 1** | **Notice Only** | |
| | **Chicago**         **IL**    **60615** | | |
| 4.46 | **Donna Thomas** | Line _____ | __ __ __ __ |
| | **5118 S. Indiana Ave.** | ☑ Not listed.  Explain: | |
| | **Unit 2R** | **Notice Only** | |
| | **Chicago**         **IL**    **60615** | | |
| 4.47 | **Dora Richardson** | Line _____ | __ __ __ __ |
| | **8030 S. Yates Blvd.** | ☑ Not listed.  Explain: | |
| | **Unit 1W** | **Notice Only** | |
| | **Chicago**         **IL**    **60617** | | |
| 4.48 | **Eddie Burton** | Line _____ | __ __ __ __ |
| | **614 E. 71st Street** | ☑ Not listed.  Explain: | |
| | **Unit 3B** | **Notice Only** | |
| | **Chicago**         **IL**    **60619** | | |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | 20-12453 |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.49** Edward Williams
444 W. 76th Street
Unit 3

Chicago        IL      60620

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.50** Elenzia Booker
614 E. 71st Street
Unit 2D

Chicago        IL      60619

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.51** Ericka Moore
5226 S. Michigan Ave.
Unit 2N

Chicago        IL      60615

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.52** Eugene Posey
6427 S. Drexel Ave.
Unit 1N

Chicago        IL      60637

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.53** Frazier Love
1524 E. 73rd St.
Unit 2E

Chicago        IL      60619

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.54** Gail Brown
8030 S. Yates Blvd.
Unit 2W

Chicago        IL      60617

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.55** Gertrude Benton
5123 S. Prairie
Unit 1

Chicago        IL      60615

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **BHF Chicago Housing Group B LLC**                          Case number (if known)   **20-12453**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.56   **Gregory Gill**

**7657 S. Lowe Ave.**                          Line _____

**Unit 3**                                     ☑ Not listed.  Explain:
                                               **Notice Only**

**Chicago**            **IL**    **60620**

4.57   **Gregory Morton**

**437 E. 71st.**                               Line _____

**Unit 2**                                     ☑ Not listed.  Explain:
                                               **Notice Only**

**Chicago**            **IL**    **60619**

4.58   **Harold Russell**

**1156 E. 67th St.**                           Line _____

**Unit 1**                                     ☑ Not listed.  Explain:
                                               **Notice Only**

**Chicago**            **IL**    **60637**

4.59   **Illinois Dept of Employment Security**

**PO Box 4385**                                Line _____

                                               ☑ Not listed.  Explain:
                                               **Notice Only**

**Chicago**            **IL**    **60680-4385**

4.60   **Illinois Finance Authority**

**Attn: Elisabeth Weber**                      Line _____

**160 N. LaSalle Street**                      ☑ Not listed.  Explain:

**Suite S-1000**                               **Notice Only**

**Chicago**            **IL**    **60601-3124**

4.61   **Illnois Dept of Revenue - BK Unit**

**PO Box 19035**                               Line _____

                                               ☑ Not listed.  Explain:
                                               **Notice Only**

**Springfield**        **IL**    **62794-9035**

4.62   **Internal Revenue Service**

**230 S. Dearborn Street**                     Line _____

**Room 2600**                                  ☑ Not listed.  Explain:
                                               **Notice Only**

**Chicago**            **IL**    **60604-1705**

---

Debtor      **BHF Chicago Housing Group B LLC**                    Case number (if known)   **20-12453**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.63 | **Jack Boyd** **614 E. 71st Street** **Unit 3D** **Chicago          IL      60619** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.64 | **Jackie Bradley** **5700 S. Calumet Ave.** **Unit 1N** **Chicago          IL      60637** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.65 | **Jacqueline Dlouhy** **7600 S. Stewart** **Unit 205** **Chicago          IL      60620** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.66 | **Janie Wilkie** **6950 S. Oglesby Ave.** **Unit 1** **Chicago          IL      60649** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.67 | **Jenine Tolefree** **359 E. 57th St.** **Unit 2E** **Chicago          IL      60637** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.68 | **Jessica Scott** **353 E. 57th St.** **Unit 3E** **Chicago          IL      60637** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.69 | **Joann Davis** **435 E. 71st.** **Unit 2** **Chicago          IL      60619** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **BHF Chicago Housing Group B LLC**                              Case number (if known)    **20-12453**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**4.70**   **Julius Verge**

**5116 S. Indiana Ave.**

**Unit 3R**

**Chicago**          **IL**      **60615**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.71**   **Kathy Conwell**

**329 E. 57th St.**

**Unit 1**

**Chicago**          **IL**      **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.72**   **Kennathia Mason**

**7620 S. Stewart**

**Unit 306**

**Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.73**   **Kenyatta McBride**

**5701 S. Calumet Ave.**

**Unit 3S**

**Chicago**          **IL**      **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.74**   **Kinyarda Stith**

**5701 S. Calumet Ave.**

**Unit 1N**

**Chicago**          **IL**      **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.75**   **LaDonna Moore**

**8229 Langley**

**Unit 1**

**Chicago**          **IL**      **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.76**   **Lashaun Clayton**

**353 E. 57th St.**

**Unit 1W**

**Chicago**          **IL**      **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

Debtor    **BHF Chicago Housing Group B LLC** _____    Case number (if known) **20-12453** _____

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.77    **Lashun Grant**

**442 W. 76th Street**

**Unit 2E**

**Chicago        IL        60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.78    **Latifah Neeley**

**6605 S. Kimbark Ave.**

**Unit 2N**

**Chicago        IL        60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.79    **Latrina Slue**

**5119 S. Prairie**

**Unit 2**

**Chicago        IL        60615**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.80    **Leon Pitts**

**1522 E. 73rd St.**

**Unit 1W**

**Chicago        IL        60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.81    **Lewis Major**

**442 W. 76th Street**

**Unit 3E**

**Chicago        IL        60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.82    **Lillie Smith**

**7648 S. Stewart Ave.**

**Unit G5**

**Chicago        IL        60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.83    **Linda Robinson**

**6658 S. Woodlawn Ave.**

**Unit 2**

**Chicago        IL        60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor      **BHF Chicago Housing Group B LLC**                              Case number (if known)  __20-12453__

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.84 | **Lopacka Magic** <br> **4328 S. Michigan Ave.** <br> **Unit GS** <br><br> **Chicago            IL        60653** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.85 | **Malik Harvey** <br> **5116 S. Indiana Ave.** <br> **Unit 3F** <br><br> **Chicago            IL        60615** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.86 | **Marie Jackson** <br> **1152 E. 67th St.** <br> **Unit 1** <br><br> **Chicago            IL        60637** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.87 | **Marilyn Obanner** <br> **1154 E. 67th St.** <br> **Unit 3** <br><br> **Chicago            IL        60637** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.88 | **Mark Wilson** <br> **5701 S. Calumet Ave.** <br> **Unit 2S** <br><br> **Chicago            IL        60637** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.89 | **Martha Hawthorne** <br> **7650 S. Stewart Ave.** <br> **Unit 208** <br><br> **Chicago            IL        60620** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.90 | **Mary Swarn** <br> **5700 S. Calumet Ave.** <br> **Unit 2S** <br><br> **Chicago            IL        60637** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor      **BHF Chicago Housing Group B LLC**                    Case number (if known)  __20-12453__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.91 | Maurice Johnson<br>440 W. 76th Street<br>Unit 3E<br><br>Chicago          IL          60620 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.92 | Maya Harrold<br>5701 S. Calumet Ave.<br>Unit 3N<br><br>Chicago          IL          60637 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.93 | Miashell Moon<br>727 W. 71st. St.<br>Unit 1<br><br>Chicago          IL          60621 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.94 | Michael Jennings<br>7620 S. Stewart<br>Unit 307<br><br>Chicago          IL          60620 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.95 | Michael Jones<br>7640 S. Stewart<br>Unit 7646<br><br>Chicago          IL          60620 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.96 | Michelle Plair<br>4328 S. Michigan Ave.<br>Unit 1S<br><br>Chicago          IL          60653 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.97 | Michelle Rea<br>4326 S. Michigan Ave.<br>Unit 2N<br><br>Chicago          IL          60653 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **BHF Chicago Housing Group B LLC**                                    Case number (if known)  **20-12453**

---

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---------|---------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.98**  **Mickeeta Starks**

6607 S. Kimbark Ave.

Unit 2S

Chicago            IL       60637

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.99**  **Mona Amos**

7654 S. Stewart Ave.

Unit 309

Chicago            IL       60620

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.100**  **Monique Bohanon**

5700 S. Calumet Ave.

Unit 1S

Chicago            IL       60637

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.101**  **Mrs. Smith**

7640 S. Stewart

Unit 7648

Chicago            IL       60620

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.102**  **Muhammad Lakish**

6952 S. Oglesby Ave.

Unit 3

Chicago            IL       60649

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.103**  **Murl Williams**

8251 S. Drexel Ave.

Unit 3S

Chicago            IL       60619

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.104**  **Myrtis Hudson**

7600 S. Stewart

Unit 101

Chicago            IL       60620

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **BHF Chicago Housing Group B LLC**  Case number (if known)  **20-12453**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.105** **Occupant** **614 E. 71st Street** **Unit 3C** **Chicago** IL **60619** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.106** **Occupant** **7600 S. Stewart** **Unit 305** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.107** **Occupant** **7600 S. Stewart** **Unit 303** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.108** **Occupant** **7600 S. Stewart** **Unit 301** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.109** **Occupant** **7640 S. Stewart** **Unit 7640** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.110** **Occupant** **7640 S. Stewart** **Unit 406** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.111** **Occupant** **7640 S. Stewart** **Unit 404** **Chicago** IL **60620** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor     **BHF Chicago Housing Group B LLC**                    Case number (if known)  **20-12453**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.112**  **Paris Cleaners**

**Attn: Mr. and Mrs. Walls**

**7501 S. Prairie**

**Chicago**          IL        **60619**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.113**  **Patricia Shines**

**406 W. 77th St.**

**Unit G12**

**Chicago**          IL        **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.114**  **Randy Coleman**

**359 E. 57th St.**

**Unit 3W**

**Chicago**          IL        **60637**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.115**  **Raquel Smith**

**7640 S. Stewart**

**Unit 406**

**Chicago**          IL        **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.116**  **Raquel Smith**

**406 W. 77th St.**

**Unit 212**

**Chicago**          IL        **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.117**  **Reed Bonita**

**6822 S. Cornell Ave.**

**Unit 3S**

**Chicago**          IL        **60649**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.118**  **Renaldo Smedley**

**6611 S. Greenwood Ave.**

**Unit 3**

**Chicago**          IL        **60637**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor   **BHF Chicago Housing Group B LLC** _____   Case number (if known) **20-12453** _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**4.119**   **Renewed Hope Clinic**

**618 E. 71st. Street**

**Chicago**      **IL**      **60619**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.120**   **Robert Hollins**

**8030 S. Yates Blvd.**

**Unit 1E**

**Chicago**      **IL**      **60617**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.121**   **Rodney Young**

**6656 S. Woodlawn Ave.**

**Unit 2**

**Chicago**      **IL**      **60637**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.122**   **Ronald Stanford**

**618 E. 71st. Street**

**Unit 2D**

**Chicago**      **IL**      **60619**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.123**   **Roy Malava**

**408 W. 77th St.**

**Unit 313**

**Chicago**      **IL**      **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.124**   **Roy Malaya**

**7640 S. Stewart**

**Unit 408**

**Chicago**      **IL**      **60620**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __


**4.125**   **Samantha Dancy**

**1154 E. 67th St.**

**Unit 1**

**Chicago**      **IL**      **60637**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor   **BHF Chicago Housing Group B LLC**                    Case number (if known)   **20-12453**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.126 | **Sheila Smith** <br> **7640 S. Stewart** <br> **Unit 406** <br><br> **Chicago** **IL** **60620** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.127 | **Shermaine Brown** <br> **5125 S. Prairie** <br> **Unit 1** <br><br> **Chicago** **IL** **60615** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.128 | **Sherri Sanner** <br> **7632 S. Stewart** <br> **Unit 3A** <br><br> **Chicago** **IL** **60620** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.129 | **Shirley Hollomon** <br> **359 E. 57th St.** <br> **Unit 3E** <br><br> **Chicago** **IL** **60637** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.130 | **Stephanie Owens** <br> **6948 S. Oglesby Ave.** <br> **Unit 3** <br><br> **Chicago** **IL** **60649** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.131 | **Tameka Lester** <br> **6429 S. Drexel Ave.** <br> **Unit 2S** <br><br> **Chicago** **IL** **60637** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.132 | **Tasha Jones** <br> **1152 E. 67th St.** <br> **Unit 2** <br><br> **Chicago** **IL** **60637** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **BHF Chicago Housing Group B LLC**                Case number (if known)   __20-12453__

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.133**   **Teresea Keller**

**5116 S. Indiana Ave.**

**Unit 2F**

**Chicago**          **IL**      **60615**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.134**   **Theron Jackson**

**614 E. 71st Street**

**Unit 2A**

**Chicago**          **IL**      **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.135**   **Tocarra Pettus**

**5701 S. Calumet Ave.**

**Unit 2N**

**Chicago**          **IL**      **60637**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.136**   **Tonisha Fisher**

**7600 S. Stewart**

**Unit 102**

**Chicago**          **IL**      **60620**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.137**   **Torrance Richardson**

**721 W. 71st. St.**

**Unit 3**

**Chicago**          **IL**      **60621**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.138**   **Transforming Lives Christian Center**

**614 E. 71st Street**

**Chicago**          **IL**      **60619**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.139**   **US Environ. Protection Agency**

**US EPA Region 5**

**Mail Code: C-14J**

**Chicago**          **IL**      **60604**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)  __20-12453__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.140**  **US Securities & Exchange Commission**

175 W. Jackson Blvd., Suite 900

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60604-2908

**4.141**  **Vondia Edwards**

141 W. Marquette Rd.

Unit 3

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60621

**4.142**  **Willett Robinson**

6609 S. Greenwood Ave.

Unit 3

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60637

**4.143**  **William Burns**

614 E. 71st Street

Unit 2C

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60619

**4.144**  **Yakinia Johnson**

359 E. 57th St.

Unit 1W

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60637

**4.145**  **Yandi Youngblood**

6656 S. Woodlawn Ave.

Unit 1

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60637

**4.146**  **Yvette Dangerfield**

353 E. 57th St.

Unit 1E

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Chicago            IL      60637

Debtor   **BHF Chicago Housing Group B LLC**                         Case number (if known) __20-12453__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                 |     | Total of claim amounts |
|-----|---------------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1**    | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2**    | 5b. + | **$464,521.61** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$464,521.61** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BHF Chicago Housing Group B LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | **20-12453** |

Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | A. Smith |
| --- | --- | --- | --- |
| | | | 406 W. 77th St. |
| | | | Unit 112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago            IL      60620 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Adam Brown |
| --- | --- | --- | --- |
| | | | 7632 S. Stewart |
| | | | Unit 1D |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago            IL      60620 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Akeseiah Felton |
| --- | --- | --- | --- |
| | | | 5701 S. Calumet Ave. |
| | | | Unit 1S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago            IL      60637 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Anita Bates |
| --- | --- | --- | --- |
| | | | 7632 S. Stewart |
| | | | Unit 3E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago            IL      60620 |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | 20-12453 |
| --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Annette Dorsey
327 E. 57th St.
Unit 1

State the term remaining

List the contract number of any government contract

Chicago          IL      60637

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Anthony Ward
440 W. 76th Street
Unit 2E

State the term remaining

List the contract number of any government contract

Chicago          IL      60620

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Antoinette Dunne
7620 S. Stewart
Unit 206

State the term remaining

List the contract number of any government contract

Chicago          IL      60620

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Antonio Rushing
7600 S. Stewart
Unit 103

State the term remaining

List the contract number of any government contract

Chicago          IL      60620

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Ashley Williams
359 E. 57th St.
Unit 1E

State the term remaining

List the contract number of any government contract

Chicago          IL      60637

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

Apartment Lease

Barbara Drane
440 W. 76th Street
Unit 1E

State the term remaining

List the contract number of any government contract

Chicago          IL      60620

| Debtor | **BHF Chicago Housing Group B LLC** | Case number (if known) | **20-12453** |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Barbara Moore** |
| | | | **141 W. Marquette Rd.** |
| | | | **Unit 1** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60621** |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Barbara Robinson** |
| | | | **7646 S. Stewart Ave.** |
| | | | **Unit 104** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60620** |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Bertha McKinney** |
| | | | **6611 S. Greenwood Ave.** |
| | | | **Unit 1** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60637** |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Brenda Brown** |
| | | | **618 E. 71st. Street** |
| | | | **Unit 2D** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60619** |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Brian Kendrick** |
| | | | **8229 Langley** |
| | | | **Unit 3** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60619** |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Britney Cribbs** |
| | | | **444 W. 76th Street** |
| | | | **Unit 1** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago**      **IL**      **60620** |

Debtor   **BHF Chicago Housing Group B LLC**_____   Case number (if known)   **20-12453**_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Calvin Harris**_____ |
| | | | **439 E. 71st.**_____ |
| | | | **Unit 2**_____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60619** |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Chastity Brown**_____ |
| | | | **8229 Langley**_____ |
| | | | **Unit 2**_____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60619** |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Chetiqua Bell**_____ |
| | | | **7600 S. Stewart**_____ |
| | | | **Unit 308**_____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60620** |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **Unit Lease** | **Chicago Anti Eviction Campaign**_____ |
| | | | **616 E. 71st Street**_____ |
| | | | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60619** |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Christine McNabb**_____ |
| | | | **7620 S. Stewart**_____ |
| | | | **Unit 304**_____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60620** |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Crystal Denise**_____ |
| | | | **6429 S. Drexel Ave.**_____ |
| | | | **Unit 3S**_____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | **Chicago**          **IL**     **60637** |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | 20-12453 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.23**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Curtis Robinson
7640 S. Stewart
Unit 7648

State the term remaining

List the contract number of any government contract

Chicago                          IL          60620

**2.24**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Cynthia Arnaldy
8030 S. Yates Blvd.
Unit 2E

State the term remaining

List the contract number of any government contract

Chicago                          IL          60617

**2.25**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Cynthia Maclin
5116 S. Indiana Ave.
Unit 2R

State the term remaining

List the contract number of any government contract

Chicago                          IL          60615

**2.26**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Daniel Archer
7644 S. Stewart Ave.
Unit 302

State the term remaining

List the contract number of any government contract

Chicago                          IL          60620

**2.27**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Darnel Tabor
7640 S. Stewart
Unit 408

State the term remaining

List the contract number of any government contract

Chicago                          IL          60620

**2.28**

State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

Darrell Robinson
1522 E. 73rd St.
Unit 2W

State the term remaining

List the contract number of any government contract

Chicago                          IL          60619

Debtor   **BHF Chicago Housing Group B LLC**                                    Case number (if known)   **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Darren Anderson |
|---|---|---|---|
| | | | 7648 S. Stewart Ave. |
| | | | Unit 106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60620 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Darryl Butler |
|---|---|---|---|
| | | | 5118 S. Indiana Ave. |
| | | | Unit GF |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60615 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | David Francher |
|---|---|---|---|
| | | | 723 W. 71st. St. |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60621 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Unit Lease | Dawgs Door |
|---|---|---|---|
| | | | 7600 S. Stewart |
| | | | Unit 108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60620 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Unit Lease | Dawgs Door |
|---|---|---|---|
| | | | 7600 S. Stewart |
| | | | Unit 204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60620 |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Unit Lease | Dawgs Door |
|---|---|---|---|
| | | | 7600 S. Stewart |
| | | | Unit 207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL       60620 |

Debtor   **BHF Chicago Housing Group B LLC**                                Case number (if known)   **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Unit Lease | Dawgs Door |
| | | | 7600 S. Stewart |
| | | | Unit 304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Dawn Scott |
| | | | 325 E. 57th St. |
| | | | Unit 3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Debra Thomas |
| | | | 5228 S. Michigan Ave. |
| | | | Unit 2S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Dejoie Williams |
| | | | 618 E. 71st. Street |
| | | | Unit 2B |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60619 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Demetrius Torry |
| | | | 5700 S. Calumet Ave. |
| | | | Unit 3N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Demitrice Johnson |
| | | | 5910 S. Martin Luther King Dr. |
| | | | Unit 2N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

Debtor   **BHF Chicago Housing Group B LLC**                              Case number (if known)   **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Diona Garcia |
| | | | 353 E. 57th St. |
| | | | Unit 3W |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60637 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Donna Crumpler |
| | | | 5119 S. Prairie |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60615 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Donna Thomas |
| | | | 5118 S. Indiana Ave. |
| | | | Unit 2R |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60615 |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Dora Richardson |
| | | | 8030 S. Yates Blvd. |
| | | | Unit 1W |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60617 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Eddie Burton |
| | | | 614 E. 71st Street |
| | | | Unit 3B |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60619 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Edward Williams |
| | | | 444 W. 76th Street |
| | | | Unit 3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago     IL     60620 |

Debtor    **BHF Chicago Housing Group B LLC**                      Case number (if known)   __20-12453__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Elenzia Booker |
| | | | 614 E. 71st Street |
| | | | Unit 2D |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60619 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Ericka Moore |
| | | | 5226 S. Michigan Ave. |
| | | | Unit 2N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Eugene Posey |
| | | | 6427 S. Drexel Ave. |
| | | | Unit 1N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Frazier Love |
| | | | 1524 E. 73rd St. |
| | | | Unit 2E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60619 |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Gail Brown |
| | | | 8030 S. Yates Blvd. |
| | | | Unit 2W |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60617 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Gertrude Benton |
| | | | 5123 S. Prairie |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)   **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Gregory Gill |
|---|---|---|---|
| | | | 7657 S. Lowe Ave. |
| | | | Unit 3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60620 |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Gregory Morton |
|---|---|---|---|
| | | | 437 E. 71st. |
| | | | Unit 2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60619 |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Harold Russell |
|---|---|---|---|
| | | | 1156 E. 67th St. |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60637 |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Jack Boyd |
|---|---|---|---|
| | | | 614 E. 71st Street |
| | | | Unit 3D |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60619 |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Jackie Bradley |
|---|---|---|---|
| | | | 5700 S. Calumet Ave. |
| | | | Unit 1N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60637 |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Jacqueline Dlouhy |
|---|---|---|---|
| | | | 7600 S. Stewart |
| | | | Unit 205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60620 |

Debtor   **BHF Chicago Housing Group B LLC**   Case number (if known)   **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Janie Wilkie** |
| | | | **6950 S. Oglesby Ave.** |
| | | | **Unit 1** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60649** |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Jenine Tolefree** |
| | | | **359 E. 57th St.** |
| | | | **Unit 2E** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60637** |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Jessica Scott** |
| | | | **353 E. 57th St.** |
| | | | **Unit 3E** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60637** |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Joann Davis** |
| | | | **435 E. 71st.** |
| | | | **Unit 2** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60619** |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Julius Verge** |
| | | | **5116 S. Indiana Ave.** |
| | | | **Unit 3R** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60615** |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Kathy Conwell** |
| | | | **329 E. 57th St.** |
| | | | **Unit 1** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**        **IL**      **60637** |

Debtor    **BHF Chicago Housing Group B LLC**          Case number (if known)  **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Kennathia Mason<br>7620 S. Stewart<br>Unit 306 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60620 |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Kenyatta McBride<br>5701 S. Calumet Ave.<br>Unit 3S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60637 |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Kinyarda Stith<br>5701 S. Calumet Ave.<br>Unit 1N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60637 |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | LaDonna Moore<br>8229 Langley<br>Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60619 |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Lashaun Clayton<br>353 E. 57th St.<br>Unit 1W |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60637 |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Lashun Grant<br>442 W. 76th Street<br>Unit 2E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60620 |

Debtor    **BHF Chicago Housing Group B LLC** _____ Case number (if known) __20-12453__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Latifah Neeley |
|------|--------------------|-----------------|----------------|
| | | | 6605 S. Kimbark Ave. |
| | | | Unit 2N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Latrina Slue |
|------|--------------------|-----------------|----------------|
| | | | 5119 S. Prairie |
| | | | Unit 2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Leon Pitts |
|------|--------------------|-----------------|----------------|
| | | | 1522 E. 73rd St. |
| | | | Unit 1W |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60619 |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Lewis Major |
|------|--------------------|-----------------|----------------|
| | | | 442 W. 76th Street |
| | | | Unit 3E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Lillie Smith |
|------|--------------------|-----------------|----------------|
| | | | 7648 S. Stewart Ave. |
| | | | Unit G5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Linda Robinson |
|------|--------------------|-----------------|----------------|
| | | | 6658 S. Woodlawn Ave. |
| | | | Unit 2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

Debtor    **BHF Chicago Housing Group B LLC**                               Case number (if known)    **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Lopacka Magic |
|---|---|---|---|
| | | | 4328 S. Michigan Ave. |
| | | | Unit GS |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60653 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Malik Harvey |
|---|---|---|---|
| | | | 5116 S. Indiana Ave. |
| | | | Unit 3F |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Marie Jackson |
|---|---|---|---|
| | | | 1152 E. 67th St. |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Marilyn Obanner |
|---|---|---|---|
| | | | 1154 E. 67th St. |
| | | | Unit 3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Mark Wilson |
|---|---|---|---|
| | | | 5701 S. Calumet Ave. |
| | | | Unit 2S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Martha Hawthorne |
|---|---|---|---|
| | | | 7650 S. Stewart Ave. |
| | | | Unit 208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | 20-12453 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.83**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Mary Swarn
5700 S. Calumet Ave.
Unit 2S

Chicago          IL          60637

**2.84**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Maurice Johnson
440 W. 76th Street
Unit 3E

Chicago          IL          60620

**2.85**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Maya Harrold
5701 S. Calumet Ave.
Unit 3N

Chicago          IL          60637

**2.86**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Miashell Moon
727 W. 71st. St.
Unit 1

Chicago          IL          60621

**2.87**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Michael Jennings
7620 S. Stewart
Unit 307

Chicago          IL          60620

**2.88**  State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease**

State the term remaining

List the contract number of any government contract

Michael Jones
7640 S. Stewart
Unit 7646

Chicago          IL          60620

Debtor  **BHF Chicago Housing Group B LLC**                    Case number (if known) __20-12453__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Michelle Plair |
|---|---|---|---|
| | | | 4328 S. Michigan Ave. |
| | | | Unit 1S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60653 |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Michelle Rea |
|---|---|---|---|
| | | | 4326 S. Michigan Ave. |
| | | | Unit 2N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60653 |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Mickeeta Starks |
|---|---|---|---|
| | | | 6607 S. Kimbark Ave. |
| | | | Unit 2S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60637 |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Mona Amos |
|---|---|---|---|
| | | | 7654 S. Stewart Ave. |
| | | | Unit 309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60620 |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Monique Bohanon |
|---|---|---|---|
| | | | 5700 S. Calumet Ave. |
| | | | Unit 1S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60637 |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Mrs. Smith |
|---|---|---|---|
| | | | 7640 S. Stewart |
| | | | Unit 7648 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                    IL      60620 |

Debtor    **BHF Chicago Housing Group B LLC**                    Case number (if known)  **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Muhammad Lakish** |
|---|---|---|---|
| | | | **6952 S. Oglesby Ave.** |
| | | | **Unit 3** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60649** |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Murl Williams** |
|---|---|---|---|
| | | | **8251 S. Drexel Ave.** |
| | | | **Unit 3S** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60619** |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Myrtis Hudson** |
|---|---|---|---|
| | | | **7600 S. Stewart** |
| | | | **Unit 101** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60620** |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Occupant** |
|---|---|---|---|
| | | | **7640 S. Stewart** |
| | | | **Unit 404** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60620** |

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Occupant** |
|---|---|---|---|
| | | | **7640 S. Stewart** |
| | | | **Unit 406** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60620** |

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | **Apartment Lease** | **Occupant** |
|---|---|---|---|
| | | | **7640 S. Stewart** |
| | | | **Unit 7640** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Chicago** IL **60620** |

| Debtor | BHF Chicago Housing Group B LLC | Case number (if known) | **20-12453** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.101** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

**Occupant**
**7600 S. Stewart**
**Unit 301**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60620**

**2.102** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

**Occupant**
**7600 S. Stewart**
**Unit 303**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60620**

**2.103** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

**Occupant**
**7600 S. Stewart**
**Unit 305**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60620**

**2.104** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

**Occupant**
**614 E. 71st Street**
**Unit 3C**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60619**

**2.105** State what the contract or lease is for and the nature of the debtor's interest

**Unit Lease**

**Paris Cleaners**
**Attn: Mr. and Mrs. Walls**
**7501 S. Prairie**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60619**

**2.106** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

**Patricia Shines**
**406 W. 77th St.**
**Unit G12**

State the term remaining

List the contract number of any government contract

**Chicago**                          **IL**        **60620**

| Debtor | **BHF Chicago Housing Group B LLC** | Case number (if known) | **20-12453** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.107**
State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining

List the contract number of any government contract

Randy Coleman
359 E. 57th St.
Unit 3W

Chicago          IL       60637

**2.108**
State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining

List the contract number of any government contract

Raquel Smith
406 W. 77th St.
Unit 212

Chicago          IL       60620

**2.109**
State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining

List the contract number of any government contract

Raquel Smith
7640 S. Stewart
Unit 406

Chicago          IL       60620

**2.110**
State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining

List the contract number of any government contract

Reed Bonita
6822 S. Cornell Ave.
Unit 3S

Chicago          IL       60649

**2.111**
State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining

List the contract number of any government contract

Renaldo Smedley
6611 S. Greenwood Ave.
Unit 3

Chicago          IL       60637

**2.112**
State what the contract or lease is for and the nature of the debtor's interest — **Unit Lease**

State the term remaining

List the contract number of any government contract

Renewed Hope Clinic
618 E. 71st. Street

Chicago          IL       60619

Debtor   **BHF Chicago Housing Group B LLC**_____   Case number (if known)   **20-12453**_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Robert Hollins**_____
**8030 S. Yates Blvd.**_____
**Unit 1E**_____
_____
**Chicago**                     IL        60617

| | | |
|---|---|---|
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Rodney Young**_____
**6656 S. Woodlawn Ave.**_____
**Unit 2**_____
_____
**Chicago**                     IL        60637

| | | |
|---|---|---|
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Ronald Stanford**_____
**618 E. 71st. Street**_____
**Unit 2D**_____
_____
**Chicago**                     IL        60619

| | | |
|---|---|---|
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Roy Malava**_____
**408 W. 77th St.**_____
**Unit 313**_____
_____
**Chicago**                     IL        60620

| | | |
|---|---|---|
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Roy Malaya**_____
**7640 S. Stewart**_____
**Unit 408**_____
_____
**Chicago**                     IL        60620

| | | |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Samantha Dancy**_____
**1154 E. 67th St.**_____
**Unit 1**_____
_____
**Chicago**                     IL        60637

Debtor    **BHF Chicago Housing Group B LLC**                                   Case number (if known)  __20-12453__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Sheila Smith |
|---|---|---|---|
| | | | 7640 S. Stewart |
| | | | Unit 406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Shermaine Brown |
|---|---|---|---|
| | | | 5125 S. Prairie |
| | | | Unit 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60615 |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Sherri Sanner |
|---|---|---|---|
| | | | 7632 S. Stewart |
| | | | Unit 3A |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60620 |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Shirley Hollomon |
|---|---|---|---|
| | | | 359 E. 57th St. |
| | | | Unit 3E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Stephanie Owens |
|---|---|---|---|
| | | | 6948 S. Oglesby Ave. |
| | | | Unit 3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60649 |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Tameka Lester |
|---|---|---|---|
| | | | 6429 S. Drexel Ave. |
| | | | Unit 2S |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                IL        60637 |

Debtor    **BHF Chicago Housing Group B LLC**                        Case number (if known) __20-12453__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.125** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Tasha Jones<br>1152 E. 67th St.<br>Unit 2 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60637 |
| **2.126** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Teresea Keller<br>5116 S. Indiana Ave.<br>Unit 2F | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60615 |
| **2.127** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Theron Jackson<br>614 E. 71st Street<br>Unit 2A | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60619 |
| **2.128** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Tocarra Pettus<br>5701 S. Calumet Ave.<br>Unit 2N | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60637 |
| **2.129** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Tonisha Fisher<br>7600 S. Stewart<br>Unit 102 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60620 |
| **2.130** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | Torrance Richardson<br>721 W. 71st. St.<br>Unit 3 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Chicago | IL   60621 |

Debtor   **BHF Chicago Housing Group B LLC**                Case number (if known)  **20-12453**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.131** | State what the contract or lease is for and the nature of the debtor's interest | Unit Lease | **Transforming Lives Christian Center** | |
| | | | **614 E. 71st Street** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60619 | |
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | **Vondia Edwards** | |
| | | | **141 W. Marquette Rd.** | |
| | | | **Unit 3** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60621 | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | **Willett Robinson** | |
| | | | **6609 S. Greenwood Ave.** | |
| | | | **Unit 3** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60637 | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | **William Burns** | |
| | | | **614 E. 71st Street** | |
| | | | **Unit 2C** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60619 | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | **Yakinia Johnson** | |
| | | | **359 E. 57th St.** | |
| | | | **Unit 1W** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60637 | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease | **Yandi Youngblood** | |
| | | | **6656 S. Woodlawn Ave.** | |
| | | | **Unit 1** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**            IL        60637 | |

Debtor    **BHF Chicago Housing Group B LLC**    Case number (if known)  **20-12453**

---

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | **Yvette Dangerfield** |
| | | | **353 E. 57th St.** |
| | | | **Unit 1E** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**                    **IL**        **60637** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BHF Chicago Housing Group B LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | **20-12453** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case and this filing:**

Debtor Name  **BHF Chicago Housing Group B LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number  **20-12453**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/16/2020**  X *Andrew Belew*
        MM / DD / YYYY        Signature of individual signing on behalf of debtor

        **Andrew Belew**
        Printed name

        **President, BHF as Manager**
        Position or relationship to debtor