**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BHF CHICAGO HOUSING GROUP B, LLC ) (ICARUS) ) | Case No. 20-12453 |
| ) | |
| Debtor. ) | Hon. Jack B. Schmetterer |
| ) | |

**DECLARATION OF SCOTT EISENBERG PURSUANT TO BANKRUPTCY RULES 2014 AND 2016 IN SUPPORT OF THE APPLICATION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF AMHERST CONSULTING, LLC AS ITS SALE ADVISOR**

I, Scott Eisenberg, hereby declare:

1. I am a partner with Amherst Consulting, LLC ("Amherst"), located at 255 East Brown Street, Suite 120, Birmingham, Michigan 48009.

2. I respectfully submit this Declaration in connection with the application of the above-captioned debtor and debtor in possession (the "Debtor") to retain and employ Amherst and the members and employees of thereof as sale advisor to the bankruptcy estate and its creditors.

3. I have personal knowledge of the matters set forth herein. If called upon to testify, I could testify competently to the facts contained herein.

4. In the ordinary course of its business, Amherst maintains a database for purposes of performing "conflicts checks." The database contains information regarding its present and past representations and transactions. I obtained a list of certain of the Debtor's creditors and other parties in interest in the above-captioned case from Debtor's counsel for purposes of searching the aforementioned database and determining the connection(s) which Amherst or its affiliates has with such entities.

1

5. Amherst searched the aforementioned database for the parties in interest identified on the attached **Exhibit 1**.

6. To the best of my knowledge, none of the employees of Amherst are related to any judge of the United States Bankruptcy Court of the Northern District of Illinois.

7. To the best of my knowledge, after searching the aforementioned database, Amherst does not hold or represent any interest adverse to the Debtor within the meaning of section 327(a) of the title 11, United States Code (the "Bankruptcy Code").

8. To the best of my knowledge, Amherst is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code. To the best of my knowledge:

   (a) Amherst is not a creditor, an equity security holder, or an insider of the Debtor.

   (b) Amherst is not and was not, within 2 years before the Petition Date, a director, officer, or employee of the Debtor.

   (c) Amherst does not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason

9. To the best of my knowledge, after searching the aforementioned database, Amherst does not have any connection with the Debtor, its creditors, the United States trustee, any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys or accountants, within the meaning of Fed. R. Bankr. P. 2014(a). I will supplement this Declaration if I become aware of any connections.

10. Amherst and the Debtor entered into an engagement letter, dated July 27, 2020, that set forth the terms and services related to Amherst's employment as Sale Advisor and Amherst's compensation (the "Engagement Letter"). Pursuant to Federal Rule of Bankruptcy

2

Procedure 2016(b) and Local Rule 2016-1, a copy of the Engagement Letter is attached as **Exhibit 2**.

11. The professional services that Amherst expects to render, as a fiduciary to the bankruptcy estate and its creditors, include, but shall not be limited to, the following:

   a. Regularly reporting to the Debtor, the Bond Trustee, City of Chicago, and the U.S. Trustee as to the status of the sale process;

   b. Due diligence investigations;

   c. Participation in Debtor's evaluation and determination of "Qualified Bidders";

   d. Review of Debtor's evaluation and comparison of bidders, bids, and bid terms;

   e. Participation in Debtor's consultation with the City of Chicago, Bond Trustee, Amherst Real Estate and all parties in interest, including prospective purchasers of the Company's assets (collectively, "Parties");

   f. Monitoring of Debtor's determination of the highest and best bid during the sale process and auction;

   g. Review of Debtor's determination and declaration of the Successful Bidder;

   h. All other aspects of the sale and interaction with bidders and prospective bidders;

   i. Review of the efforts of the Debtor's counsel and other outside advisors, including Amherst Real Estate, for the benefit of the Debtor;

   j. Prepare and timely file a report for the Bankruptcy Court detailing all aspects of the sale process (the "Report");

   k. Appear before the Bankruptcy Court, as necessary, to inform the Court of the status of the sale process and provide analysis of the Report; and

   l. Perform such other tasks, as required in the determination of the Debtor, Sale Advisor, or the Court to ensure the appropriate administration of the sale process.

3

The Services shall be modified, as required by the Sale Advisor, to ensure Amherst has the ability and authority to carry out its duties and provide the Court and interested parties a fully detailed Report of the sale process.

12. The Debtor will require Amherst to render the Services, as detailed above, the cost of which cannot be estimated. Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and other procedures that may be fixed by this Court, the Debtor requests that Amherst be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Amherst incurs. Amherst has advised the Debtor that the hourly rates applicable to the professionals proposed to assist in the Services as Sale Advisor are as follows:

(a) Scott Eisenberg        $425.00 per hour
(b) Bruce Goldstein        $400.00 per hour

Mr. Eisenberg will serve as the primary professional providing the Services to the bankruptcy estate and Mr. Goldstein will assist when required. Amherst will not duplicate any Services provided by its professionals and will utilize both professionals only when necessary to carry out the Services in a cost-effective and efficient manner.

13. Amherst is aware and understands that payment of any outstanding fees and reimbursement of costs shall occur only after the closing of the sale of the Property and the Bankruptcy Court's approval of Amherst's fee application for such Services.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 27, 2020

_____
SCOTT EISENBERG

260316252.v1

# Exhibit 1

A. Smith
406 W. 77th St.
Unit 112
Chicago, IL 60620

Antonio Rushing
7600 S. Stewart
Unit 103
Chicago, IL 60620

Calvin Harris
439 E. 71st.
Unit 2
Chicago, IL 60619

Adam Brown
7632 S. Stewart
Unit 1D
Chicago, IL 60620

Ashley Williams
359 E. 57th St.
Unit 1E
Chicago, IL 60637

Carpet Concepts
1346 W 79th St.
Chicago, IL 60620

Adonnis Platt
5700 S. Calumet Ave.
Unit 2N
Chicago, IL 60637

Barbara Drane
440 W. 76th Street
Unit 1E
Chicago, IL 60620

Chastity Brown
8229 Langley
Unit 2
Chicago, IL 60619

Akeseiah Felton
5701 S. Calumet Ave.
Unit 1S
Chicago, IL 60637

Barbara Moore
141 W. Marquette Rd.
Unit 1
Chicago, IL 60621

Chetiqua Bell
7600 S. Stewart
Unit 308
Chicago, IL 60620

Alexandria Jackson
6658 S. Woodlawn Ave.
Unit 3
Chicago, IL 60637

Barbara Robinson
7646 S. Stewart Ave.
Unit 104
Chicago, IL 60620

Chicago Anti Eviction Campaign
616 E. 71st Street
Chicago, IL 60619

All Types Elevators
Atty Sylvestri
70 W Madison St., Ste 2020
Chicago, IL 60602

Bertha McKinney
6611 S. Greenwood Ave.
Unit 1
Chicago, IL 60637

Chicago Neighborhood Resources,
c/o P. Curtis Bettiker
2870 N Elston Street
Chicago, IL 60618

Anita Bates
7632 S. Stewart
Unit 3E
Chicago, IL 60620

Brenda Brown
618 E. 71st. Street
Unit 2D
Chicago, IL 60619

Christine McNabb
7620 S. Stewart
Unit 304
Chicago, IL 60620

Annette Dorsey
327 E. 57th St.
Unit 1
Chicago, IL 60637

Brian Kendrick
8229 Langley
Unit 3
Chicago, IL 60619

City of Chicago
P.O. Box 71429
Chicago, IL 60694-1429

Anthony Ward
440 W. 76th Street
Unit 2E
Chicago, IL 60620

Britney Cribbs
444 W. 76th Street
Unit 1
Chicago, IL 60620

City of Chicago
Atty Megan McGillivary
29 E Madison St Ste 950
Chicago, IL 60602

Antoinette Dunne
7620 S. Stewart
Unit 206
Chicago, IL 60620

Bryant and Davalle PC
1210 W Northwest Hwy
Palatine, IL 60067

City of Chicago - Legal Departm
c/o Greg Janes
30 N. LaSalle Street, Suite 700
Chicago, IL 60602-2503

| | | |
|---|---|---|
| City of Chicago - Water Department<br>121 N. LaSalle Street, Room 107<br>Chicago, IL 60602-1232 | Cynthia Maclin<br>5116 S. Indiana Ave.<br>Unit 2R<br>Chicago, IL 60615 | Dawgs Door<br>7600 S. Stewart<br>Unit 304<br>Chicago, IL 60620 |
| City of Chicago Collector Atty<br>205 W. Randolph Ste 1100<br>Chicago, IL 60606 | Daniel Archer<br>7644 S. Stewart Ave.<br>Unit 302<br>Chicago, IL 60620 | Dawn Scott<br>325 E. 57th St.<br>Unit 3<br>Chicago, IL 60637 |
| City of Chicago Water Dept<br>121 N LaSalle St.<br>Chicago, IL 60602 | Darnel Tabor<br>7640 S. Stewart<br>Unit 408<br>Chicago, IL 60620 | Debra Thomas<br>5228 S. Michigan Ave.<br>Unit 2S<br>Chicago, IL 60615 |
| ComEd Utility Co.<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Darrell Robinson<br>1522 E. 73rd St.<br>Unit 2W<br>Chicago, IL 60619 | Dejoie Williams<br>618 E. 71st. Street<br>Unit 2B<br>Chicago, IL 60619 |
| Community Initiatives, Inc.<br>222 S. Riverside Plaza, Suite 3<br>Chicago, IL 60606-7801 | Darren Anderson<br>7648 S. Stewart Ave.<br>Unit 106<br>Chicago, IL 60620 | Demetrius Torry<br>5700 S. Calumet Ave.<br>Unit 3N<br>Chicago, IL 60637 |
| Cook County Treasurer's Office<br>118 N. Clark Street, Room 112<br>Chicago, IL 60602-1590 | Darryl Butler<br>5118 S. Indiana Ave.<br>Unit GF<br>Chicago, IL 60615 | Demitrice Johnson<br>5910 S. Martin Luther King Dr.<br>Unit 2N<br>Chicago, IL 60637 |
| CR Realty Advisors, LLC<br>325 W. Huron Street, Suite 708<br>Chicago, IL 60654 | David Francher<br>723 W. 71st. St.<br>Unit 1<br>Chicago, IL 60621 | Department of Treasury - IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Crystal Denise<br>6429 S. Drexel Ave.<br>Unit 3S<br>Chicago, IL 60637 | Dawgs Door<br>7600 S. Stewart<br>Unit 108<br>Chicago, IL 60620 | Diona Garcia<br>353 E. 57th St.<br>Unit 3W<br>Chicago, IL 60637 |
| Curtis Robinson<br>7640 S. Stewart<br>Unit 7648<br>Chicago, IL 60620 | Dawgs Door<br>7600 S. Stewart<br>Unit 204<br>Chicago, IL 60620 | Donna Crumpler<br>5119 S. Prairie<br>Unit 1<br>Chicago, IL 60615 |
| Cynthia Arnaldy<br>8030 S. Yates Blvd.<br>Unit 2E<br>Chicago, IL 60617 | Dawgs Door<br>7600 S. Stewart<br>Unit 207<br>Chicago, IL 60620 | Donna Thomas<br>5118 S. Indiana Ave.<br>Unit 2R<br>Chicago, IL 60615 |

| | | |
|---|---|---|
| Dora Richardson<br>8030 S. Yates Blvd.<br>Unit 1W<br>Chicago, IL 60617 | Goldman & Grant Law<br>205 W. Randolph Ste 1100<br>Chicago, IL 60606 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600<br>Chicago, IL 60604-1705 |
| Eddie Burton<br>614 E. 71st Street<br>Unit 3B<br>Chicago, IL 60619 | Gregory Gill<br>7657 S. Lowe Ave.<br>Unit 3<br>Chicago, IL 60620 | Jack Boyd<br>614 E. 71st Street<br>Unit 3D<br>Chicago, IL 60619 |
| Edward Williams<br>444 W. 76th Street<br>Unit 3<br>Chicago, IL 60620 | Gregory Morton<br>437 E. 71st.<br>Unit 2<br>Chicago, IL 60619 | Jackie Bradley<br>5700 S. Calumet Ave.<br>Unit 1N<br>Chicago, IL 60637 |
| Elenzia Booker<br>614 E. 71st Street<br>Unit 2D<br>Chicago, IL 60619 | Halsted Law Group<br>520 N Halsted St Ste 201<br>Chicago, IL 60642 | Jacqueline Dlouhy<br>7600 S. Stewart<br>Unit 205<br>Chicago, IL 60620 |
| Ericka Moore<br>5226 S. Michigan Ave.<br>Unit 2N<br>Chicago, IL 60615 | Harold Russell<br>1156 E. 67th St.<br>Unit 1<br>Chicago, IL 60637 | Janie Wilkie<br>6950 S. Oglesby Ave.<br>Unit 1<br>Chicago, IL 60649 |
| Eugene Posey<br>6427 S. Drexel Ave.<br>Unit 1N<br>Chicago, IL 60637 | HD Supply<br>1940 W Oak Circle<br>Marietta, GA 30062 | Jenine Tolefree<br>359 E. 57th St.<br>Unit 2E<br>Chicago, IL 60637 |
| FMV RL II, LLC<br>160 N. Wacker Drive, 4th Floor<br>Chicago, IL 60606 | Illinois Dept of Employment Sec<br>PO Box 4385<br>Chicago, IL 60680-4385 | Jessica Scott<br>353 E. 57th St.<br>Unit 3E<br>Chicago, IL 60637 |
| Frazier Love<br>1524 E. 73rd St.<br>Unit 2E<br>Chicago, IL 60619 | Illinois Finance Authority<br>Attn: Elisabeth Weber<br>160 N. LaSalle Street<br>Suite S-1000<br>Chicago, IL 60601-3124 | Joann Davis<br>435 E. 71st.<br>Unit 2<br>Chicago, IL 60619 |
| Gail Brown<br>8030 S. Yates Blvd.<br>Unit 2W<br>Chicago, IL 60617 | Illnois Dept of Revenue - BK Un<br>PO Box 19035<br>Springfield, IL 62794-9035 | Julius Verge<br>5116 S. Indiana Ave.<br>Unit 3R<br>Chicago, IL 60615 |
| Gertrude Benton<br>5123 S. Prairie<br>Unit 1<br>Chicago, IL 60615 | Independent Recycling<br>Atty: Stotis and Baird<br>200 W Jackson Blvd, Ste 1050<br>Chicago, IL 60606 | Kathy Conwell<br>329 E. 57th St.<br>Unit 1<br>Chicago, IL 60637 |

| | | |
|---|---|---|
| Keefe HVAC<br>7408 W Archer Ave<br>Summit Argo, IL 60501 | Latoya Gholar<br>Atty Kryder Law<br>134 N LaSalle St Ste 1515<br>Chicago, IL 60602 | Marie Jackson<br>1152 E. 67th St.<br>Unit 1<br>Chicago, IL 60637 |
| Kennathia Mason<br>7620 S. Stewart<br>Unit 306<br>Chicago, IL 60620 | Latrina Slue<br>5119 S. Prairie<br>Unit 2<br>Chicago, IL 60615 | Marilyn Obanner<br>1154 E. 67th St.<br>Unit 3<br>Chicago, IL 60637 |
| Kenyatta McBride<br>5701 S. Calumet Ave.<br>Unit 3S<br>Chicago, IL 60637 | Law Office of Ira Piltz<br>8170 McCormick Blvd Ste 116<br>Skokie, IL 60076 | Mark Wilson<br>5701 S. Calumet Ave.<br>Unit 2S<br>Chicago, IL 60637 |
| Kinyarda Stith<br>5701 S. Calumet Ave.<br>Unit 1N<br>Chicago, IL 60637 | Leon Pitts<br>1522 E. 73rd St.<br>Unit 1W<br>Chicago, IL 60619 | Martha Hawthorne<br>7650 S. Stewart Ave.<br>Unit 208<br>Chicago, IL 60620 |
| Kryder Law Group<br>134 N LaSalle St Ste 1515<br>Chicago, IL 60602 | Lewis Major<br>442 W. 76th Street<br>Unit 3E<br>Chicago, IL 60620 | Mary Swarn<br>5700 S. Calumet Ave.<br>Unit 2S<br>Chicago, IL 60637 |
| LaDonna Moore<br>8229 Langley<br>Unit 1<br>Chicago, IL 60619 | Lillie Smith<br>7648 S. Stewart Ave.<br>Unit G5<br>Chicago, IL 60620 | Maurice Johnson<br>440 W. 76th Street<br>Unit 3E<br>Chicago, IL 60620 |
| Lakeshore Recycling<br>6132 Oakton St<br>Morton Grove, IL 60053 | Linda Robinson<br>6658 S. Woodlawn Ave.<br>Unit 2<br>Chicago, IL 60637 | Maya Harrold<br>5701 S. Calumet Ave.<br>Unit 3N<br>Chicago, IL 60637 |
| Lashaun Clayton<br>353 E. 57th St.<br>Unit 1W<br>Chicago, IL 60637 | Lopacka Magic<br>4328 S. Michigan Ave.<br>Unit GS<br>Chicago, IL 60653 | Miashell Moon<br>727 W. 71st. St.<br>Unit 1<br>Chicago, IL 60621 |
| Lashun Grant<br>442 W. 76th Street<br>Unit 2E<br>Chicago, IL 60620 | Lynd Company dba Resynergy<br>7575 N Loop Ste 10<br>San Antonio, TX 78249 | Michael Jennings<br>7620 S. Stewart<br>Unit 307<br>Chicago, IL 60620 |
| Latifah Neeley<br>6605 S. Kimbark Ave.<br>Unit 2N<br>Chicago, IL 60637 | Malik Harvey<br>5116 S. Indiana Ave.<br>Unit 3F<br>Chicago, IL 60615 | Michael Jones<br>7640 S. Stewart<br>Unit 7646<br>Chicago, IL 60620 |

Debtor(s): BHF Chicago Housing Group B LLC    Case No:
Case 20-12453    Doc 59-1    Filed 07/28/20    Entered 07/28/20 10:55:37    Desc
           Chapter:
Declaration of Scott Eisenberg    Page 10 of 17
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | | |
|---|---|---|
| Michelle Plair<br>4328 S. Michigan Ave.<br>Unit 1S<br>Chicago, IL 60653 | Newline Holdings, LLC<br>c/o Law Offices of Heather Otte<br>19 S. LaSalle Street, Suite 602<br>Chicago, IL 60603 | Patricia Shines<br>406 W. 77th St.<br>Unit G12<br>Chicago, IL 60620 |
| Michelle Rea<br>4326 S. Michigan Ave.<br>Unit 2N<br>Chicago, IL 60653 | Occupant<br>7640 S. Stewart<br>Unit 404<br>Chicago, IL 60620 | Peoples Gas<br>Midwest: P.O. Box 2087<br>Kalamazoo, MI 49003-2087 |
| Mickeeta Starks<br>6607 S. Kimbark Ave.<br>Unit 2S<br>Chicago, IL 60637 | Occupant<br>7640 S. Stewart<br>Unit 406<br>Chicago, IL 60620 | Pugh Jones Johnson & Quandt, P.<br>180 N LaSalle Blvd #3400<br>Chicago, IL 60601 |
| Mona Amos<br>7654 S. Stewart Ave.<br>Unit 309<br>Chicago, IL 60620 | Occupant<br>7640 S. Stewart<br>Unit 7640<br>Chicago, IL 60620 | Randy Coleman<br>359 E. 57th St.<br>Unit 3W<br>Chicago, IL 60637 |
| Monique Bohanon<br>5700 S. Calumet Ave.<br>Unit 1S<br>Chicago, IL 60637 | Occupant<br>7600 S. Stewart<br>Unit 301<br>Chicago, IL 60620 | Raquel Smith<br>406 W. 77th St.<br>Unit 212<br>Chicago, IL 60620 |
| Mrs. Smith<br>7640 S. Stewart<br>Unit 7648<br>Chicago, IL 60620 | Occupant<br>7600 S. Stewart<br>Unit 303<br>Chicago, IL 60620 | Raquel Smith<br>7640 S. Stewart<br>Unit 406<br>Chicago, IL 60620 |
| Muhammad Lakish<br>6952 S. Oglesby Ave.<br>Unit 3<br>Chicago, IL 60649 | Occupant<br>7600 S. Stewart<br>Unit 305<br>Chicago, IL 60620 | Reed Bonita<br>6822 S. Cornell Ave.<br>Unit 3S<br>Chicago, IL 60649 |
| Murl Williams<br>8251 S. Drexel Ave.<br>Unit 3S<br>Chicago, IL 60619 | Occupant<br>614 E. 71st Street<br>Unit 3C<br>Chicago, IL 60619 | Region Snow<br>328 W Old Ridge Rd<br>Hobart, IN 46342 |
| Myrtis Hudson<br>7600 S. Stewart<br>Unit 101<br>Chicago, IL 60620 | Paper Street Realty LLC<br>1641 Carroll Ave., Suite 201<br>Chicago, IL 60612-2506 | Renaldo Smedley<br>6611 S. Greenwood Ave.<br>Unit 3<br>Chicago, IL 60637 |
| Nautilus Insurance Group<br>7233 E Butherus Dr.<br>Scottsdale, AZ 85260 | Paris Cleaners<br>Attn: Mr. and Mrs. Walls<br>7501 S. Prairie<br>Chicago, IL 60619 | Renewed Hope Clinic<br>618 E. 71st. Street<br>Chicago, IL 60619 |

Robert Hollins
8030 S. Yates Blvd.
Unit 1E
Chicago, IL 60617

Shirley Hollomon
359 E. 57th St.
Unit 3E
Chicago, IL 60637

UMB Bank, N.A., as Successor Tr
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807

Rodney Young
6656 S. Woodlawn Ave.
Unit 2
Chicago, IL 60637

Stephanie Owens
6948 S. Oglesby Ave.
Unit 3
Chicago, IL 60649

Unique Equity
6411 S Parnell Ave
Chicago, IL 60621

Ronald Stanford
618 E. 71st. Street
Unit 2D
Chicago, IL 60619

Tameka Lester
6429 S. Drexel Ave.
Unit 2S
Chicago, IL 60637

US Environ. Protection Agency
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604

Roy Malava
408 W. 77th St.
Unit 313
Chicago, IL 60620

Tasha Jones
1152 E. 67th St.
Unit 2
Chicago, IL 60637

US Securities & Exchange Commis
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Roy Malaya
7640 S. Stewart
Unit 408
Chicago, IL 60620

Teresea Keller
5116 S. Indiana Ave.
Unit 2F
Chicago, IL 60615

Vondia Edwards
141 W. Marquette Rd.
Unit 3
Chicago, IL 60621

Samantha Dancy
1154 E. 67th St.
Unit 1
Chicago, IL 60637

Theron Jackson
614 E. 71st Street
Unit 2A
Chicago, IL 60619

Willett Robinson
6609 S. Greenwood Ave.
Unit 3
Chicago, IL 60637

Schmidt Salzman & Moran, Ltd.
111 W Washington St #1300
Chicago, IL 60602

Tocarra Pettus
5701 S. Calumet Ave.
Unit 2N
Chicago, IL 60637

William Burns
614 E. 71st Street
Unit 2C
Chicago, IL 60619

Sheila Smith
7640 S. Stewart
Unit 406
Chicago, IL 60620

Tonisha Fisher
7600 S. Stewart
Unit 102
Chicago, IL 60620

Wortham Ins
1600 W 7th St.
Ft Worth, TX 76102

Shermaine Brown
5125 S. Prairie
Unit 1
Chicago, IL 60615

Torrance Richardson
721 W. 71st. St.
Unit 3
Chicago, IL 60621

Yakinia Johnson
359 E. 57th St.
Unit 1W
Chicago, IL 60637

Sherri Sanner
7632 S. Stewart
Unit 3A
Chicago, IL 60620

Transforming Lives Christian Ce
614 E. 71st Street
Chicago, IL 60619

Yandi Youngblood
6656 S. Woodlawn Ave.
Unit 1
Chicago, IL 60637

Yvette Dangerfield
353 E. 57th St.
Unit 1E
Chicago, IL 60637


Zepsa Mechanical
500 N Michigan Ave
Chicago, IL 60611

# Exhibit 2

**AmherstConsulting**

255 East Brown Street  Suite 120  Birmingham, MI 48009 · 248.642.5660  Fax 248.642.9247

July 20, 2020

Mr. Andrew Belew
BHF Chicago Housing Group B LLC
4 Dunbar Road
Palm Beach Gardens, FL 33418

**PERSONAL & CONFIDENTIAL**

Dear Mr. Belew

This engagement agreement (the "Agreement") sets forth the terms of the engagement of Amherst Consulting, L.L.C. ("Amherst") by BHF Chicago Housing Group B LLC ("BHF B" or the "Company") to be a Sale Advisor to the bankruptcy estate of BHF B in Bankruptcy Case No. is 20-12453 in the Northern District of Illinois.

**SCOPE OF SERVICES**

BHF B agrees to retain Amherst as Sale Advisor to the bankruptcy estate in its 363 sale process and Amherst agrees to use its best efforts to advise the bankruptcy estate, as a fiduciary to the estate and its creditors, in this capacity. Amherst will provide Scott Eisenberg and Bruce Goldstein to serve as the Company's Sale Advisor (the "SA").

Our scope of services would include (but are not necessarily limited to) the following:

- Regularly report to the Company, the Bond Trustee, City of Chicago, and the U.S. Trustee as to the status of the sale process;
- Due diligence investigations;
- Debtor's evaluation and determination of "Qualified Bidders";
- Debtor's evaluation and comparison of bidders, bids, and bid terms;
- Debtor's consultation with the City of Chicago and Bond Trustee and other Parties (defined below);
- Debtor's determination of the highest and best bid during the sale process and auction;
- Debtor's determination and declaration of the Successful Bidder;
- All other aspects of the sale and interaction with bidders and prospective bidders;
- Coordinate the efforts of the Company's counsel and other outside advisors, including Hilco Real Estate, for the benefit of the Company;
- Prepare and file a report for the Bankruptcy Court detailing all aspects of the sale process;
- Appear before the Bankruptcy Court, as necessary, to provide a status of the sale process and analysis of the report; and
- Perform such other tasks that are mutually agreed upon from time to time to ensure the appropriate administration of the sale process.

**FEE STRUCTURE**

Subject to court approval, Amherst professionals will be billed at the following hourly rates, plus out-of-pocket expenses incurred (reasonable and customary out-of-pocket expenses typically include postage, printing, copying, overnight delivery, research, travel, and similar costs. The following hourly rates shall be used:

| | |
|---|---|
| Scott Eisenberg: | $425.00 |
| Bruce Goldstein: | $400.00 |

260289567.v4

*BHF Chicago Housing Group B LLC*
*Engagement Letter* *July 20,2020*

The individuals serving as SA to the bankruptcy estate will not duplicate services and acknowledge that Amherst will not be compensated for any duplication of services, which would include more than one individual charging for participation at meetings, auctions, hearings or on phone calls. Rates for other Amherst professionals, as and if needed, will be disclosed prior to their utilization. Amherst's rates are subject to annual adjustment. Accordingly, Amherst reserves the right to revise them during the Term of this engagement. Amherst agrees, however, not to revise hourly billing rates for this engagement prior to December 31, 2020. Amherst's fees and expenses will be due and payable as an administrative expense claim following the closing on the sale of the Company's assets and approval of Amherst's fee application.

**ACCESS TO INFORMATION**

In connection with Amherst's engagement, the Company recognizes and confirms that Amherst, in acting pursuant to this engagement, will be using publicly available information and information in reports and other materials provided by others, including, without limitation, information provided by, to, or on behalf of the Company, and that Amherst does not assume responsibility for and may rely, without independent verification, on the accuracy and completeness of any such information. The Company agrees to furnish or cause to be furnished to Amherst all necessary or appropriate information we request for use in our engagement and hereby warrants that any information relating to the Company that is furnished to Amherst by or on behalf of the Company will be true and correct in all material respects.

**CONFIDENTIALITY**

All non-public information concerning the Company that is given to Amherst will be used solely in the performance of our services hereunder and will be treated confidentially by us so long as it remains non-public. Amherst will not disclose this information to a third party without the Company's consent, except as required by law or order of the Bankruptcy Court.

**COMMUNICATION WITH PARTIES**

The Company will allow Amherst to communicate directly with the City of Chicago the Bond Trustee, Hilco Real Estate and all parties in interest, including prospective purchasers of the Company's assets ("Parties").

**NOTICE OF NON-AUDIT**

The Company acknowledges that Amherst does not guarantee the results of any financial analysis that it may undertake, and that any analysis conducted by Amherst will be based upon the data given to it by the Company and the Parties. The Company acknowledges that Amherst is not a certified public accounting firm and no part of its work in this engagement shall be considered an audit, review, compilation or other report subject to regulation by the American Institute of Certified Public Accountants.

**TERM & TERMINATION**

This engagement will commence on the date of the BHF B's acceptance of this proposal and continue until the closing of the sale of the Company's assets or prior termination of the engagement ("Termination"). Termination shall mean written confirmation from either party to end the agreement, which can occur at any time, with or without cause, by giving at least 5 days advance written notice to the other, through a court order of the Bankruptcy Court, or closing of the sale of the Company's assets. It is expressly agreed that following Termination of this agreement, Amherst will continue to be entitled to receive unpaid fees and expenses that have been earned prior to Termination.

Amherst understands and acknowledges that compensation for services and reimbursement of expenses shall occur only after the Bankruptcy Court's approval of Amherst's fee application and closing of the sale of the Company's assets. Any legal expenses incurred in the collection of fees following these events shall be paid by the Company.

*BHF Chicago Housing Group B LLC*
*Engagement Letter*                                                                                                                                           *July 20, 2020*

**LIMITATION OF LIABILITY**

Amherst shall have no liability to the Company, their successors or to any other person or entity for any action taken or omitted to be taken by Amherst with respect to this engagement except for matters which are judicially determined to be caused by Amherst's bad faith, willful misconduct or gross negligence.

The Company acknowledges and agrees that Amherst is being retained to act solely as a sale advisor to the Company. In such capacity, Amherst will act as an independent contractor, and any duties of Amherst arising out of its engagement pursuant to this Agreement shall be owed solely to the Company and its bankruptcy estate. Neither party will be deemed to be an employee, agent, partner, franchisor, franchisee nor legal representative of the other for any purpose and neither will have any right, power or authority to create any obligation or responsibility on behalf of the other.

**MODIFICATION**

No waiver, amendment or other modification of this Agreement will be effective unless in writing and signed by each party to be bound thereby.

**GOVERNING LAW**

This Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois without regard to any applicable principles of conflicts of law.

**ACCEPTANCE OF TERMS AND CONDITIONS**

If this proposal agrees with BHF B's understanding, please sign and return a copy of this letter. Upon receipt of the signed engagement letter and approval of the Bankruptcy Court, Amherst will begin the engagement immediately.

Should you have any questions or comments about the nature of our services, please call me directly at 248.633.2150. We look forward with a great deal of excitement and enthusiasm to assisting BHF B in this important endeavor. We appreciate the opportunity to be of service.

*BHF Chicago Housing Group B LLC*
*Engagement Letter* *July 20,2020*

Respectfully yours,

**AMHERST CONSULTING, L.L.C.**

*Scott Eisenberg*

Scott Eisenberg
Partner

                                      AGREED AND ACCEPTED:
                                      **BHF CHICAGO HOUSING GROUP B LLC**

                                      *Andrew Belew*
                                      _____
                                      Mr. Andrew Belew, as President of Better Housing
                                      Foundation, Inc., the sole Manager and Member of
                                      BHF Chicago Housing Group B LLC

                                      _____07/27/2020_____
                                      Date